| | |
|---|---|
| 1 | Charles C. Sipos, Bar No. 348801 |
| 2 | CSipos@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 4 | Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000 |
| 5 | Jasmine W. Wetherell, Bar No. 288835 |
| 6 | JWetherell@perkinscoie.com<br>PERKINS COIE LLP |
| 7 | 1888 Century Park East, Suite 1700<br>Los Angeles, California 90067-1721 |
| 8 | Telephone: +1.310.788.9900<br>Facsimile: +1.310.788.3399 |
| 9 | Julie L. Hussey, Bar No. 237711 |
| 10 | JHussey@perkinscoie.com<br>Ross E. Bautista, Bar No. 312319 |
| 11 | RBautista@perkinscoie.com<br>PERKINS COIE LLP |
| 12 | 11452 El Camino Real, Ste 300<br>San Diego, California 92130-2080 |
| 13 | Telephone: +1.858.720.5700<br>Facsimile: +1.858.720.5799 |
| 14 | Attorneys for Defendant |
| 15 | AMAZON.COM SERVICES LLC |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ERIC LI, ANITA MEDAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 4:23-cv-00441-JST<br><br>**AMAZON.COM SERVICES LLC'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**<br><br>Date: July 20, 2023<br>Time: 2:00 p.m.<br>Courtroom: 6<br>Judge: Hon. Jon S. Tigar<br><br>Case Filed: January 31, 2023 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 20, 2023, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Jon S. Tigar in Courtroom 6 of the United States District Court for the Northern District of California, Oakland Courthouse, located at 1301 Clay Street, Oakland, CA 94612, or by remote conferencing as directed by the Court, defendant Amazon.com Services LLC will and hereby does move this Court to transfer this case to the United States District Court for the Western District of Washington under 28 U.S.C. § 1404(a).

This Motion is made on the grounds that Plaintiffs agreed to litigate their claims in the "state and Federal Courts in King County, Washington" when they repeatedly agreed to the exclusive venue clause in Amazon's *Conditions of Use.*

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Stephanie Habben and exhibits thereto, the complete files and records in this action, and upon such other and further evidence and argument as the Court may allow at the hearing.

DATED:  April 10, 2023                    **PERKINS COIE LLP**

                                          By: */s/ Ross E. Bautista*
                                               Charles C. Sipos
                                               Julie L. Hussey
                                               Jasmine W. Wetherell
                                               Ross E. Bautista

                                          Attorneys for Defendant
                                          AMAZON.COM SERVICES LLC