**JUST FOOD LAW**
Maia C. Kats (*pro hac vice*)
maiakats@justfoodlaw.com
5335 Wisconsin Avenue, NW, Ste. 440
Washington, DC 20015
Telephone: (202) 243-7910

**KUZYK LAW, LLP**
Michael D. Braun (SBN 167416)
mdb@kuzykclassactions.com
1999 Avenue of the Stars, Ste. 1100
Los Angeles, CA 90067
Telephone: (213) 401-4100
Facsimile: (213) 401-0311

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIC LI and ANITA MEDAL on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | CASE NO.: 23-cv-441-JST <br><br> DECLARATION OF MAIA C. KATS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS COMPLAINT AND MOTION TO TRANSFER VENUE, AND PLAINTIFFS' MOTION FOR JUDICIAL NOTICE <br><br> Date:        July 20, 2023 <br> Time:       2:00 p.m. <br> Courtroom: 6 <br> Judge:       Hon. Jon S. Tigar <br><br> Case Filed:    January 31, 2023 |

Declaration of Maia C. Kats

I, Maia C. Kats declare as follows:

1. I am a principal with Just Food Law and counsel for Plaintiffs Eric Li and Anita Medal in the above-captioned matter. I am a member of the Washington, D.C. and New York Bars in good standing and am admitted *pro hac vice* to this District.

2. This declaration is submitted in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss Complaint and Motion to Transfer Venue, and Plaintiffs' Motion for Judicial Notice.

3. Attached hereto are true and correct copies of the following documents:

Exhibit A: Statement of Commissioner Rebecca Kelly Slaughter Joined by Chair Lina Khan and Commissioner Alvaro M. Bedoya Regarding the Issuance of a Notice of Penalty Offenses on Substantiation of Product Claims, Federal Trade Commission, March 31, 2023. Downloaded on April 30, 2023 from https://www.ftc.gov/legal-library/browse/cases-proceedings/public-statements/statement-commissioner-rebecca-kelly-slaughter-joined-chair-lina-khan-commissioner-alvaro-m-bedoya

Exhibit B: List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims updated April 13, 2023. Downloaded on April 30, 2023 from https://www.ftc.gov/system/files/ftc_gov/pdf/Published-list-Recipients.pdf

Exhibit C: K. Safdar, *You Might Be Buying Trash on Amazon—Literally*, Wall Street Journal, Dec. 18, 2019. Downloaded on May 6, 2023 from https://www.wsj.com/articles/you-might-be-buying-trash-on-amazonliterally-11576599910

Exhibit D: A. Berzon, *Amazon Has Ceded Control of Its Site. The Result: Thousands of Banned, Unsafe or Mislabeled Products*, Wall Street Journal, Aug. 23, 2019. Downloaded on May 6, 2023 from https://www.wsj.com/articles/amazon-has-ceded-control-of-its-site-the-result-thousands-of-banned-unsafe-or-mislabeled-products-11566564990

Exhibit E: Combating Trafficking in Counterfeit and Pirated Goods Report to the President of the United States, January 24, 2020. Downloaded on April 30, 2023 from https://www.dhs.gov/sites/default/files/publications/20_0124_plcy_counterfeit-pirated-goods-report_01.pdf

Exhibit F: J. Greene, *How Amazon's quest for more, cheaper products has resulted in a flea markets of fakes*, The Washington Post, Nov. 14, 2019. Downloaded on May 6, 2023 from https://www.washingtonpost.com/technology/2019/11/14/how-amazons-quest-more-cheaper-products-has-resulted-flea-market-fakes/

Exhibit G: Crawford C, Avula B, Lindsey AT, Walter A, Katragunta K, Khan IA, Deuster PA. Analysis of Select Dietary Supplement Products Marketed to Support or Boost the Immune System. JAMA Netw Open. 2022 Aug 1;5(8):e2226040. doi: 10.1001/jamanetworkopen.2022.26040. PMID: 35947382; PMCID: PMC9366544. Downloaded on April 30, 2023 from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9366544/?report

Exhibit H: Andrew I. Geller, M.D., *et al*, Emergency Department Visits for Adverse Events Related to Dietary Supplements, The New England Journal of Medicine, October 5, 2015. Downloaded on April 30, 2023 from https://www.nejm.org/doi/full/10.1056/nejmsa1504267

Exhibit I: T. Johnson, *Amazon Fulfillment Center Locations: The Ultimate List,* Tinuiti, August 23, 2022. Downloaded on May 5, 2023 from https://tinuiti.com/blog/amazon/amazon-fulfillment-centers-map/#:~:text=As%20of%202022%2C%20California%20has,code%20for%20the%20nearest%20airport

Exhibit J: Kimkomando, *One big mistake you're making with your Amazon account*, January 1, 2023, Downloaded on May 5, 2023 from https://www.komando.com/technology/secure-your-amazon-account/545206/

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on this 6th day of May 2022, Washington, D.C.

                                         /s/ *Maia C. Kats*
                                          Maia C. Kats