EXHIBIT B

# List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims

*updated April 13, 2023*

**The fact that a company is on this list is NOT  
an indication that it has done anything wrong**

4Life Research USA, LLC  
4Life Trademarks, LLC  
5310 Holdings, LLC  
82 Labs, Inc.  
A Nelson & Co. Ltd.  
Abbott Laboratories  
AbbVie Inc.  
Activ Nutritional, LLC  
ADM Protexin, Inc.  
ADM Protexin Limited  
Advanced Enzymes USA Inc.  
Advanced Nutrition, Inc.  
Advanced Micronutrition LLC  
Advanced Protein Technology, LLC  
Advantice Health, LLC  
AdvoCare International, LLC  
Aihu, Inc.  
Alacer Corp.  
Alaska Spring Pharmaceuticals Inc.  
Alcon Inc.  
Alcon Laboratories, Inc.  
Alcon Vision LLC  
Allergy Research Group LLC  
Alliance in Motion Global Inc.  
Alliance Pharma Inc.  
Allysian Sciences Inc.  
Almased USA, Inc.  
AloeVeritas Americas,LLC  
Alovéa, PBC  
Alphay International Inc.  
Amazon Herb Co.  
Amazon.com, Inc.  
American Biosciences, Inc.  
American Health Formulations, Inc.  
American Health Inc.  
American Silver LLC  
Amgen Inc.  
AMS Health Sciences, LLC  
Amway Corp.  
Ancestral Supplements, LLC  
Anovite, LLC  
Anthology Brands, Inc.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**

*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

APAX OTC Business Development LLC
APAX USA Inc.
Applied Biological Laboratories Inc.
Apricot Power, Inc.
Arbonne International, LLC
Archer Daniels Midland Company
Archon Vitamin, LLC
Arieyl LLC
Aroga, Ltd.
Arthur Andrew Medical, Inc.
Asa Distribution Inc.
Asea, LLC
AstaReal Inc.
AstraZeneca Pharmaceuticals LP
AstraZeneca plc.
Atomy America Inc.
Atrium Innovations, Inc.
Au Naturel, Inc.
Avacare Medical LLC
Avanir Pharmaceuticals Inc.
Avena Botanicals, Inc.
Avrio Health L.P.
Ayush Herbs Inc.
B.F. Ascher & Company, Inc.
Balanced Health Botanicals, LLC
Balchem Corp.
Barrington Chemical Corp.
BASF Corp.
Basic Research, LLC
Bausch + Lomb Corporation
Bausch Health Companies, Inc.
Bayer Corp.
Bayer HealthCare LLC
Bayer U.S. LLC
Beauty Science Group, Inc.
Bel Marra Nutritionals Inc.
BellRing Brands, Inc.
Benedictine Herbs, LLC
BeneYOU, LLC
B-Epic Worldwide LLC
Berry.En AG
bHIP Global, Inc.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

Bighorn Botanicals, Inc.
Bio Nutrition, Inc.
Bio-Botanica, Inc.
BIO-CAT Inc.
BioAmicus Laboratories Inc.
BioCell Technology, LLC
Biomic Sciences, LLC
BiOptimizers USA Inc.
BioRay, Inc.
Biotivia Health LLC
Biotivia LLC
Biotron Laboratories, Inc.
Bluebonnet Nutrition Corp.
Blueroot Health, Inc.
Bode Pro, Inc.
Body Wise International LLC
Boiron, Inc.
Bonvera, LLC
Boomer Natural Wellness Inc.
Bragg Live Food Products, LLC
Brain Armor Inc.
Brainjuice LLC
Brassica Protection Products LLC
Bridges Consumer Healthcare, LLC
Bristol-Myers Squibb Company
Brodicol Products LLC
Bucklebury LLC
Cal-India Foods International, Inc.
Canopy Growth USA, LLC
Cargill, Inc.
Carotec, Inc.
Carte Blanche WCA, Inc.
Catalo Natural Health USA, Inc.
CBDistillery, LLC
cbdMD, Inc.
Cebria, LLC
Cedar Bear Naturales, Inc.
Century Systems Inc.
Chaban Wellness LLC
Changing The Future Outcome, Inc.
Charlotte's Web, Inc.
Cheers Health, Inc.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

Chenland Nutritionals, Inc.
ChromaDex, Inc.
Church & Dwight Co. Inc.
Clarke, Murray C./ChildLife Essentials
Classical Pearls, LLC
Clef des Champs Inc.
Code Red Fitness & Nutrition, LLC
Combe Incorporated
Compound Solutions, Inc.
Constance Therapeutics, Inc.
Continental Vitamin Company, Inc.
CorVive, LLC
Coseva, Inc.
Costco Wholesale Corp.
Country Life, LLC
Crescendo Marketing Group, Inc.
Cronos Group Inc.
CS Health LLC
Cultivate Biologics, LLC
CuraLife Ltd.
CV Sciences, Inc.
CVS Pharmacy, Inc.
Cyanotech Corp.
Cypress Systems Inc.
DailyColors Health Inc.
Daiwa Health Development Inc.
Dakota Nutrition, Inc.
Danone North America, LLC
Deerland Enzymes, Inc.
Designs for Health, Inc.
Diem Direct, LLC
Direct Digital, LLC
Doctor's Signature Sales and Marketing International Corp.
doTERRA International, LLC
Dr. Garrett Wdowin, NMD
Dr. Pharm USA, Inc.
Dr. Reddy's Laboratories, Inc.
DSE Health Care Solutions, Inc.
DSM Nutritional Products, Inc.
Duane Reade Inc.
Dymatize Enterprises, LLC
Eby Sales International, Inc.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

EffiHealth, LLC
EirTree Health, LLC
Elevacity, U.S., LLC
Elomir Inc.
Elysium Health, Inc.
Emerald Labs, Inc.
Endoca BV
Energique, Inc.
Enhanced Immune, LLC
Eniva USA, Inc.
Enzymedica, Inc.
Epion Brands LLC
Essante Organics, Inc.
Essential Formulas Inc.
Etz Hayim Holdings, S.P.C.
EurArk LLC
EuroPharma, Inc.
Everest NeoCell LLC
Evig LLC
Evolution Nutraceuticals Inc.
Exeltis USA, Inc.
Fenix Health Science, LLC
Fermenta USA, LLC
First Capital Venture Co.
FirstFitness International, Inc.
Five Flavors Herbs, Inc.
Flora, Inc.
Flourish Life, LLC
Flow Health Services Incorporated
Flower Essence Services LLC
Focus Consumer Healthcare, LLC
FoodScience Corp.
FoodScience, LLC
FoodState, Inc.
ForeverGreen International, LLC
ForeverGreen Worldwide Corp.
Foundation Consumer Healthcare, LLC
Four Elements Organic Herbals LLC
FREZZOR Inc.
Friska LLC
Frunutta, LLC
Fulgent Life Inc.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

Full Circle Prenatal LLC
Full Life Direct LLC
Fuxion Biotech USA Corp.
Gaia Herbs, Inc.
Ganeden Biotech, Inc.
Garden of Life, LLC
Gebauer Company
Gemini Network LTD
Gemini Pharmaceuticals, Inc.
General Mills, Inc.
Genomma Lab USA Inc.
Geocann, LLC
Gerber Products Company
Gilad&Gilad LLC
Ginco International Inc.
GlaxoSmithKline LLC
GNC Holdings, Inc.
GNC Holdings, LLC
GNLD International LLC
Goli Nutrition Inc.
Goop Inc.
Great HealthWorks, Inc.
Green Compass, Inc.
Green Foods Corp.
Green HoriZen LLC
Green Organics, LLC
Green Roads, Inc.
GreenPeach
GSK plc.
Guardion Health Sciences Inc.
Guna, Inc.
GVM Associates Inc.
Hahnemann Laboratories, Inc.
Haleon plc
Hawkins, Inc.
Healright, Inc.
Health King Enterprise & Balanceuticals Group, Inc.
HealthAid America, Inc.
Healthy Directions, LLC
Heart & Body Naturals, LLC
Heil Ginseng Enterprises, Inc.
Hello Life, Inc.

# List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims

*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

HempFusion, Inc.
Herb Pharm, LLC
Herbalife International of America, Inc.
Herbalife International, Inc.
Herbalist & Alchemist, Inc.
Herbion International, Inc.
Herbion USA Inc.
Herbs, Etc., Inc.
Hermes Pharma GmbH
Himalaya Global Holdings Ltd.
Himalaya Wellness Company
Hisamitsu America Inc.
HLNatural, Inc.
Home Health Products LLC
Honest Globe, Inc.
Houston Nutraceuticals, Inc.
How International LLC
HRA Pharma America Inc.
HUM Nutrition, Inc.
HVL-Well, LLC
Hyalogic LLC
Hypernaturals Inc.
Icaro Innovations Corp.
i-Health, Inc.
IMCD US, LLC
Immunotec Research Inc.
IMoney Tools LLC
iMov, LLC
Indena USA, Inc.
Indus Botanicals Inc.
Infirst Healthcare Inc.
Ingenia Natural Products Inc.
INID Research Lab, LLC
Innophos Holdings, Inc.
Innovix Pharma, Inc.
Insight Pharmaceuticals LLC
Integrative Therapeutics, LLC
Iovate Health Sciences International Inc.
IP Reserve, LLC
IP-6 International, Inc.
Isagenix International LLC
Isagenix Worldwide, Inc.

# List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

Isxperia, LLC
It Works Marketing, Inc.
J.R. Carlson Laboratories, Inc.
Jamieson Wellness Inc.
Janssen Pharmaceuticals Inc.
Jarrow Formulas, Inc.
Jeunesse Global Holdings, LLC
Johnson & Johnson Consumer Inc.
Johnson & Johnson Inc.
Johnson & Johnson Pte. Ltd.
Joy of Health - Terri Alkayali
Kaneka Americas Holding, Inc.
Kaneka North America LLC
Kannaway USA, LLC
Kellogg Company
Kelly Products, Inc.
Kemin Industries, Inc.
Kerry Group plc
King Bio, Inc.
Komal Herbals Inc.
Korea Ginseng Corp
Kroeger Herb Products Co., Inc.
KWB, Inc.
Kyowa Hakko, U.S.A., Inc.
L&R Health Products, LLC
L.O.D.C., Inc.
LaCore Enterprises, LLC
Lactalis American Group, Inc.
Lactalis Retail Dairy, Inc.
Lang Pharma Nutrition Inc.
Lansinoh Laboratories, Inc.
Legion Athletics, Inc.
Lemme Inc.
Le-Vel Brands LLC
Life Extension Foundation Buyers Club, Inc.
Life Extension Foundation, Inc.
Life Line Foods, LLC
LifePlus International
LifeSeasons, Inc.
Lightbody, LLC
Lil' Drug Store Products, Inc.
Liquid I.V.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT
an indication that it has done anything wrong**

Llama Naturals, Inc.
Longevity by Nature, Inc.
Lornamead, Inc.
Luna Pharmaceuticals, Inc.
M2 Ingredients, Inc.
M3 Ventures West, Inc.
MacroLife Naturals, Inc.
Magi Group
Maharishi Ayurveda Products International Inc.
Make People Better, LLC
Mando International LLC
Manna International Corp.
Mannatech, Inc.
Manzo Pharmaceuticals, LLC
Mason Vitamins, Inc.
Matherson Organics LLC
Matsun Nutrition, Inc.
Maty's Healthy Products, LLC
Max International, LLC
Mayway Corporation
Medical Marijuana, Inc.
Medifast, Inc.
Mediral International Inc.
Medtech Products Inc.
Medterra CBD, LLC
Melaleuca Inc.
Mellitas Health Foods, LLC
Merck & Co., Inc.
MeriCal, LLC
Metabolic Maintenance Products, Inc.
Metagenics, Inc.
Microbe Formulas, LLC
Mimi's Rock Corp.
Mimi's Rock Inc.
Mineralife Nutraceuticals, LLC
Mommy's Bliss Inc.
Monarch Nutraceuticals, Inc.
Monat Global Corp.
Motherlove Herbal Company
Mountain Meadow Herbs, Inc.
MRO Maryruth, LLC
Mushroom Wisdom, Inc.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**

*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

myEcon, Inc.
Natals, Inc.
Natreon Inc.
Natrol, LLC
Natura Health Products, Inc.
Natural Factors Nutritional Products, Inc.
Natural Factors Nutritional Products Ltd.
Natural Health Trends Corp.
Natural Hope Herbals LLC
Natural Immunogenics Corp.
Natural Organics Inc.
Natural Path/Silver Wings, LLC
Naturalife Eco Vite Labs., Inc.
NaturaNectar LLC
Nature's Bounty (NY) Inc.
Nature's Way Products, LLC
Nature's Answer, LLC
Nature's Formulary, LLC
Nature's Fusions, LLC
Nature's Sunshine Products, Inc.
Nature's Truth, LLC
NB Pure, LLC
Nelson Bach USA Ltd.
NeoLife International, LLC
Nestlé HealthCare Nutrition, Inc.
Neuropathy Treatment Group LLC
New Chapter, Inc.
New Nordic U.S., Inc.
New U Life Corp.
NewAge, Inc.
Nexus Formulas LLC
Nikken Inc.
Ninja International USA Inc.
Noevir U.S.A., Inc.
Noho Health Inc.
Nomolotus, LLC
Norax Supplements LLC
Nordic Naturals, Inc.
Nordic Organics, Inc.
Novartis Pharmaceuticals Corp.
Novozymes North America Inc.
Novus International, Inc.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

NOW Health Group, Inc.
Nox Nutrients LLC
NS 360, Inc.
NTTM, LLC
Nu Skin International, Inc.
NU U Nutrition, Ltd.
NuLeaf Naturals, LLC
NuLiv Science USA, Inc.
NutraBrands, Inc.
Nutraceutical Corporation
Nutraceutical International Corporation
NutraMarks, Inc.
Nutranext, LLC
NutraPure, Inc.
Nutrawise Corp.
Nutrawise Health & Beauty Corporation
Nutrex Hawaii, Inc.
Nuvomed, Inc.
Ojai Energetics LLC
OLLY Public Benefit Corporation
OmniActive Health Technologies, Inc.
Omnitrition International, Inc.
Onnit Labs, Inc.
Open Book Extracts, LLC
Optavia LLC
Optimum Nutrition, Inc.
Oregon's Wild Harvest, Inc.
Orenda International, LLC
Organic By Nature Inc.
Organic India USA, LLC
OrganiCare, LLC
Ortho Molecular Products, Inc.
Otsuka America Pharmaceutical, Inc.
OXO Worldwide Inc.
OXOgenix International Ltd.
Pain Drink, Inc.
Papa & Barkley Essentials, LLC
Pearl Banyan Capital LLC
Pelame Inc.
Pendulum Therapeutics, Inc.
PepsiCo, Inc.
Perrigo Company plc

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

Pfizer Inc.
PharmaCare U.S., Inc.
Pharmavite LLC
Physicians Exclusive, LLC
PipingRock Health Products, LLC.
Plexus Worldwide, LLC
PLx Pharma, Inc.
PM-International AG
PM-International Nutrition & Cosmetics Inc.
PM-International USA LLC
POM Wonderful, LLC
Poofy Organics LLC
PotNetwork Holdings, Inc.
PrecisionBiotics Ltd.
Precision Patient Outcomes, Inc.
Premier Nutrition Company, LLC.
Prestige Consumer Healthcare Inc.
Prevention, LLC
Primal Harvest LLC
ProHealth Inc.
ProThera Inc.
Provezza Health, LLC
Pruvit Ventures, Inc.
Purdue Pharma L.P.
Pure Encapsulations, LLC
Pure Herbs, Ltd.
Purest Colloids Inc.
Puritan's Pride Inc.
Purity Products
QH Holdings Oregon Inc.
QOL Labs, LLC
QPD IP, LLC
Qualitas Health, Inc.
Quality Supplements and Vitamins, Inc.
QuattroMega Inc.
Quicksilver Scientific, Inc.
Quten Research Institute, LLC
Radhanite, LLC
Radiant Supplements, Inc.
Rain International, LLC
Rally Labs LLC
Randob Labs, Ltd.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

RB Health (US) LLC
Real Deal Natural Health LLC
Reckitt Benckiser Group plc
Reckitt Benckiser LLC
Red Ace LLC
Red Ace Organics, Inc.
Redcon1, LLC
Redd Remedies, Inc.
Reese Chemical Company
Reliance Private Label Supplements
Renew Life Formulas, LLC
Resbiotic, Inc.
Reset Bioscience LLC
Resinosa LLC
Rexall Sundown, Inc.
RF3 World USA Inc.
RidgeCrest Herbals, Inc.
Rite Aid Corporation
Ron Teeguarden Enterprises, Inc.
Root Wellness LLC
Royal Purity Inc.
RTPR LLC
Sagely Enterprises Inc.
Sandland National, LLC
Sanofi-Aventis U.S. LLC
Santa Cruz Nutritionals Investors LLC
Sato Pharmaceutical Inc.
SBI Holdings LLC
SBS Americas Inc.
Schwabe North America, Inc.
Seacret Direct, LLC
Sequel Natural Ltd.
Sevene USA Corporation
Shaklee Corp.
Shaman Botanicals LLC
Siberian Health International, LLC
Siddha Flower Essences LLC
SilverCeuticals Inc.
Similasan Corp.
Sisel International, LLC
SloIron, Inc.
Solgar, Inc.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

Solle Naturals, LLC
SPC Wellness LLC
Spero Industries, LLC
Sports Research Corp.
SPX Nutrition LLC
St. Francis Herb Farm Inc.
Standard Homeopathic Company
Standard Process, Inc.
Stauber Performance Ingredients, Inc.
StellaLife, Inc.
Strides Consumer LLC
Strides Phrama, Inc.
Suan Farma SA
Suan Farma, Inc.
Sun Chlorella USA Corp.
Sun Genomics, Inc.
Sunwarrior Ventures, LLC
Supreme Protein, LLC
SwissJust Corp.
Synergy CHC Corp.
Taisho Pharmaceutical California Inc.
Taro Pharmaceuticals U.S.A., Inc.
Taste Salud, LLC
Teami LLC
Teelah Corp.
Teelah Health Corp.
Terra Flora Gardens, Inc.
The Bigelow Tea Company
The Bountiful Company
The Clorox Company
The Coca-Cola Company
The Coromega Company
The Ester C Company
The Happy Co., LLC
The Health Network Inc.
The Honest Company, Inc.
The Juice Plus+ Company, LLC
The Kraft Heinz Company
The Lubrizol Corporation
The Mentholatum Company
The Procter & Gamble Company
The Sunrider Corp.

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**

*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

The Wakaya Group LP
Therabotanics Supplements, LLC
Think Goodness, LLC
Thorne HealthTech, Inc.
Tishcon Corp.
Total Life Changes, LLC
Touchstone Life Essentials, Inc.
Trace Minerals Research, L.C
Travalight LLC
Trevo LLC
Trident Brands, Inc.
Trilogie, LLC
Triumph Pharmaceuticals, Inc.
Trividia Manufacturing Solutions, Inc.
TriVita, Inc.
TruVision Health, LLC
Twinlab Consolidation Corporation
UClue, Inc.
UltraBotanica, LLC
Unicity International, Inc.
Unilever PLC
Unilever United States, Inc.
United States Nutrition Inc.
Univera, Inc.
Uqora, Inc.
Usana Health Sciences, Inc.
Valentus Inc.
Vasayo LLC
VAYA Pharma Inc.
Verified Nutrition LLC
VH Nutrition LLC
Vida Divina Worldwide Inc.
Vida Lifescience, LLC
Vidya Herbs Inc.
Viiva Global, LLC
Visi Company
Vitadollar, Inc.
vitafive, LLC
Vital Proteins LLC
Vitalize, LLC
Vitamin Bounty Ventures, Inc.
Vitamin Friends, LLC

**List of April 2023 Recipients of the FTC's Notice of Penalty Offenses Concerning Substantiation of Product Claims**
*updated April 13, 2023*

**The fact that a company is on this list is NOT an indication that it has done anything wrong**

Vitamin Packs, Inc.
Vitamin Shoppe Industries Inc.
Vitamin Shoppe Industries LLC
Vitanica, LLC
Viva Life Science, Inc.
Vive Mood LLC
Vizuri Health Sciences Consumer Healthcare, Inc.
Vollara, LLC
Vytalogy Wellness, L.L.C.
Wakunaga of America Co., Ltd.
Walgreen Company
Walgreens Boots Alliance, Inc.
Walmart Inc.
Wanae USA, LLC
Wellisen, Inc.
Wellisen Nutraceuticals
WellSpring Pharmaceutical Corp.
Wholesome Nutritionals, LLC
Wikaniko Ltd.
Wiley Organics, Inc.
Willow Bark Brands, Inc.
Windmill Health Products, LLC
Wink Well LLC
Wish Garden Herbs, Inc.
Woodbolt Distribution, LLC
World Organic Corp.
Wynlife Healthcare, Inc.
Xymogen, Inc.
Xyngular Corp.
Yerba Prima, Inc.
Yoli, Inc.
Young Living Essential Oils, LC
Youngevity International Corp
Youngevity International, Inc.
Your Superfoods Inc.
Zahav Nutrition
Zarbees, Inc.
ZeaVision LLC
Zhou Nutrition, Inc.
Zija International, Inc.
Zogena LLC
Zurvita, Inc.