EXHIBIT I

Amazon Fulfillment Center Locations: The Ultimate List





Home » Blog » Amazon & Marketplaces »

# Amazon Fulfillment Center Locations: The Ultimate List

BY TARA JOHNSON | AUG 23, 2022 | AMAZON & MARKETPLACES



Fulfillment by Amazon (FBA) is a program where Amazon stores, packs, ships, and handles customer service for the products you sell on Amazon.

FBA gives you the ability to sell products on Amazon Prime.

Fulfillment by Amazon is a good option for merchants who are looking to increase shipping speed and reduce time and money allotted to fulfillment. Amazon sellers can rely on Amazon as their logistics partner, rather than having to create their own fulfillment process or search for a third-party logistics (3PL) provider.

Learn more about how Amazon FBA works in our Amazon FBA Guide for Brands.

## How does Amazon choose where their warehouses are located?

Amazon continues to expand its distribution network, placing many new warehouses near population centers so it can deliver online orders the same day or next day to U.S. shoppers, especially those in the largest metropolitan areas. As of 2022, California has the highest number of operating or planned Amazon distribution centers at 35, followed by Texas at 28 and New Jersey at 17. Fulfillment center codes typically begin with the airport code for the nearest airport.

## How many fulfillment centers does Amazon have?

As of January 2022, Amazon has 1,137 distribution centers of various types in the U.S. with plans to open 331 more. This includes large scale

warehouses located near high density populations, as well as smaller facilities that deliver packages to locations in more remote areas.

As far as large scale fulfillment centers, Amazon currently operates 305 in total across the U.S. with an average of 800,000 square feet of storage space. By 2023, reports indicate Amazon will have at least 355 U.S. warehouses covering 319 million square feet. That's a lot of real estate!

> "Brands and retailers can essentially outsource the 'heavy lifting' — the warehousing, logistics, and returns — to Amazon with the FBA program."

– **Meghan Andrade**, Director of Business Development, Amazon & Marketplaces at Tinuiti



As of Q3 2022, here is a complete list of Amazon fulfillment center locations by country and state.

## Amazon Fulfillment Centers Located in the US

## Arizona

#PHX5 – 16920 W. Commerce Dr, Goodyear, AZ, 85338

#AZA5 – 6000 W Van Buren St, Phoenix, AZ 85043

#PHX3 – 6835 W. Buckeye Rd, Phoenix, AZ, 85043

#PHX6 – 4750 W. Mohave St, Phoenix, AZ, 85043

#PHX7 & PHX8 – 800 N. 75th Ave, Phoenix, AZ, 85043

#SAZ1 – 3333 S 7th St, Phoenix, AZ 85040-1182

#TFC1 – 5050 W. Mohave St, Phoenix, AZ 85043

#TUS1 – 533 W Lower Buckeye Rd, Phoenix, Arizona, 85043

#UAZ1 – 500 S 48th St, Phoenix, AZ 85034

#PHX9 – 777 S 79th Ave, Tolleson, Arizona, 85353

#TUS2 – 6701 S. Kolb Rd, Tucson, AZ 85756

#GYR1 – 580 South 143rd Avenue, Goodyear, AZ 85338

#GYR3 – 8181 W Roosevelt St., Phoenix, AZ 85043

#PHX8 – 800 N. 75th Ave Phoenix, AZ, 85043

#VAZ1 – 3333 S 7th St., Phoenix, AZ 85040

## Arkansas

#DLR1 – 1920 N Locust St, North Little Rock, AR 72114

#LIT1 – 7001 Zeuber Rd, Little Rock, AR 72206

#LIT2 – 13001 US-70, North Little Rock, AR 72117

## California

#BFL1 – 1601 Petrol Rd, Bakersfield, CA 93308

#PSP1 – 1010 West Fourth St, Beaumont, CA 92223

#DCA2 – 5250 Goodman Rd, Eastvale, CA 91752

#LGB3 – 4590 Goodman Way, Building 1, Eastvale, CA 91752

#SNA6/SNA9/DCA2 – 5250 Goodman Rd, Eastvale, CA 92880

#LAX9 – 11263 Oleander Ave, Building 1, Fontana, CA 92337

#FAT1 – 3575 S Orange Ave, Fresno, CA 93725

#LGB1 – 2417 E. Carson St, Long Beach, CA 90810

#SCK3 – 3565 N Airport Way, Manteca, CA 95336

#ONT6/HLA3 – 24208 San Michele Rd, Moreno Valley, CA 92551

#LGB4 – 27517 Pioneer Ave, Redlands, CA 92374

#ONT9 – 2125 W. San Bernardino Ave, Redlands, CA 92374

#LGB6 – 20901 Krameria Ave, Riverside, CA 92518

#LGB7 – 1660 N. Locust Ave, Rialto, CA 92376

#SNA4 – 2496 W Walnut St, Rialto, CA 92376-3009

#OAK3 – 255 Park Center Dr, Patterson, CA 95363

#LGB9 – 4375 N Perris Blvd, Perris, CA 92571

#SMF1 – 4900 W Elkhorn Blvd, Metro Air Park, Sacramento, CA 95835

#ONT2/3/4/7 – 1910 & 2020 E Central Ave. San Bernardino, CA 92408

#PCA2 – 1650 East Central Ave, San Bernardino, CA 92408

#SNA7/SNA8/LGB5/KRB1 – 555 East Orange Show Rd, San Bernardino, CA 92408

#SCK1 – 4611 Newcastle Rd, Stockton, CA 95215

#SMF3 – 4723 S B St, Stockton, CA 95215

#XUSD – 1909 Zephyr St, Stockton, CA 95206

#DPS3 – 2405 Conejo Spectrum St, Thousand Oaks, CA 91320

#OAK4/OAK6 – 1555 N. Chrisman Rd, Tracy, CA 95304

#PCA1 – 1565 N MacArthur Dr, Tracy, CA 95376

#SJC7 – 188 Mountain House Pkwy, Tracy, CA 95391

## Colorado

#DDV5 2889 Himalaya Dr, Aurora, CO 80011

#DEN2 – 24006 E. 19th Ave, Aurora, CO 80019

#DEN5 – 19799 E 36th Dr, Aurora, CO 80011

#DCS3 – 4303 Grinnell Blvd, Colorado Springs, CO 80925

#DEN3 – 14601 Grant St, Thornton, CO 80023

## Connecticut

#BDL1 –  801 Day Hill Road Windsor, CT 06095

#BDL3 – 415 Washington Ave, Building 3, North Haven, CT 06473

#BDL2 – 200 Old Iron Ore Rd, Windsor, CT 06095

#BDL4 – 1221 Kennedy Rd, Windsor, CT 06095

#BDL5 – 29 Research Parkway, Wallingford, CT 06492

## Delaware

#PHL7/PHL9 – 560 Merrimac Ave, Middletown, DE 19709

#PHL8 – 727 N. Broad St, Middletown, DE 19709

#PHL1 – 1 Centerpoint Blvd, New Castle, DE 19720

#PHL3 – 1600 Johnson Way, New Castle, DE 19720

## Florida

#MCO5 – 305 Deen Still Rd, Davenport, FL 33897

#MCO9 – 2841 Access Rd, Davenport, FL 33897

#JAX2 – 12900 Pecan Park Rd, Jacksonville, FL  32218

#JAX3 – 13333 103rd St, Cecil Commerce Center, Jacksonville, FL 32221

#JAX5 – 4948 Bulls Bay Hwy, Jacksonville, FL 32219

#TPA2/#LAL1 – 1760 County Line Rd, Lakeland, FL, 33811

#MIA1– 14000 NW 37th Ave, Opa Locka, FL 33054

#MCO1– 12340 Boggy Creek Rd, Orlando, FL 32824

#UFL4/SFL1 – 7469 Kingspointe Pkwy, Orlando, FL 32819

#TPA1 – 3350 Laurel Ridge Ave, Ruskin, FL 33570

## Georgia

#PGA1 – 6200 Fulton Industrial Blvd, Atlanta, GA 30336

#MGE1/MGE7 – 650 Broadway Ave, Braselton, GA 30517

#ATL6 – 4200 N Commerce Dr, East Point, GA 30344

#MGE3 – 808 Hog Mountain Rd, Building F, Jefferson, GA, 30549

#ATL8 – 2201 Thornton Rd, Lithia Springs, GA 30122

#SAV3 – 7001 Skipper Rd, Macon, GA 31216

#ATL2 – 2255 W Park Blvd, Stone Mountain, GA 30087

#ATL7 – 6855 Shannon Pkwy S, Union City, GA 30291

## Idaho

#BOI2 – 5319 E Franklin Rd, Nampa, ID 83687

## Illinois

#MDW9 – 2865 Duke Pkwy, Aurora, IL 60502

#ORD2 – 23714 W Amoco Rd, Channahon, IL 60410

#ORD9 – 23700 W Bluff Rd Bldg A, Channahon, IL 60410

#MDW5 – 16825 Churnovic Ln, Crest Hill, IL 60435

#STL4– 3050 Gateway Commerce Center Dr S, Edwardsville, IL

#STL6/STL7/HLU1– 3931 Lakeview Corporate Dr, Edwardsville, IL 62025

#MDW4 – 250 or 201 Emerald Dr, Joliet, IL 60433

#PIL1 – 801 Midpoint Rd, Minooka, Illinois 60047

#MDW7 – 6605 or 6521 W Monee Manhattan Rd, Monee, IL 60449

#MDW6 – 1125 W Remington Blvd, Romeoville, IL 60446

#DIL7 – 3601 Howard St, Skokie, IL 60076

#MDW8 – 1750 Bridge Dr, Waukegan, IL 60085

#MDW8 – 1750 Bridge Dr, Waukegan, IL 60085

#HMW1 – 30260 Graaskamp Blvd, Wilmington, IL 60481

## Indiana

#IND9 – 2140 Stacie's Way, Greenwood, IN 46143

#IND4/IND8 – 710 South Girls School Rd, Indianapolis, IN 46214

#IND7 – 9101 Orly Dr, Indianapolis, IN 46241

#PIN1 – 6161 Decatur Blvd, Indianapolis, IN 46241

#DIN1 – 5850 W 80th St, Indianapolis, IN 46278

#SDF8 – 900 Patrol Rd, Jeffersonville, IN 47130

#IND2/#IND3 – 715 Airtech Pkwy, Plainfield, IN 46168

#IND5 – 800 S Perry Rd Plainfield, IN 46168

#DIN3 – #200, 5545 Chet Waggoner Ct, South Bend, IN 46628

#XUSE – 5100 S Indianapolis Rd, Whitestown, IN 46075

#IND1 – 4255 Anson Blvd, Whitestown, IN 46075

## Iowa

#DSM5 – 500 SW 32nd St, Bondurant, IN 50009

## Kansas

#MKC4 – 19645 Waverly Rd, Edgerton, KS 66021

#MKC6 – 6925 Riverview Ave., Kansas City, KS 66102

#MCI5 – 16851 W 113th St, Lenexa, KS 66219

## Kentucky

#SDF1 – 1105 S Columbia Ave, Campbellsville, KY 42718

#IVSA – 4620 Olympic Blvd, Erlanger, KY 41018

#CVG8 – 7968 Kentucky Dr, Suites 2-3, Florence, KY 41042

#CVG1 – 1155 Worldwide Blvd, Hebron, KY 41048

#CVG2 – 1600 Worldwide Blvd, Hebron, KY 41048

#CVG3 – 3680 Langley Dr, Hebron, KY 41048

#IVSB/#HCN1 – LogistiCenter 275 #2, 3521 Point Pleasant Rd, Hebron,

KY 41048

#LEX1/LEX3 – 1850 Mercer Rd, Lexington, KY 40511

#LEX2 – 172 Trade St, Lexington, Kentucky, 40511

#SDF2 – 4360 Robards Ln, Louisville, KY 40218

#SDF4 – 376 Zappos.com Blvd, Shepherdsville, KY 40165

#SDF6 – 271 Omega Pkwy, Shepherdsville, KY 40165

#SDF7 – 300 Omicron Ct, Shepherdsville, KY 40165

#SDF9 – 100 W. Thomas P. Echols Lane, Shepherdsville, KY 40165

## Maryland

#HBA1 – 1100 Woodley Rd, Aberdeen, MD 21001

#BWI2 – 2010 Broening Hwy, Baltimore, MD 21224

#HSE1 – 13905 Crayton Blvd, Hagerstown, MD 21742

#MDT2 – 600 Principio Pkwy West, North East, MD 21901

#DCA1 – 1700 Sparrows Point Blvd, Sparrows Point, MD 21219

## Massachusetts

#DBO2 – 500 Sprague St, Dedham, MA 02026

Amazon Fulfillment Center Locations | Full List

#BOS7 – 1180 Innovation Way, Fall River, MA 02722

#BOS5 – 1000 Technology Center Dr, Stoughton, MA 02072

## Michigan

#DTW5 – 19991 Brownstown Center Dr, Brownstown Charter Township, MI 48183

#GRR1 – 4500 68th St. SE, Caledonia, MI 49316

#DET1 – 39000 Amrhein Rd, Livonia, MI 48150

#DTW1 – 32801 Ecorse Rd, Romulus, MI 48174

#DET2 – 50500 Mound Rd, Shelby Township, MI 48317

## Minnesota

#MSP9 – 9001 Wyoming Ave N, Brooklyn Park, MN 55445

#MSP1 – 2601 4th Ave E, Shakopee, MN 55379

## Mississippi

#MEM2 – 191 Norfolk Southern Way, Chickasaw Trail Industrial Park, Byhalia, MS 38611

#MEM6 – 11505 Progress Way, Olive Branch, MS 38654

## Missouri

#DLI1 – Hazelwood, MO 63042

#STL8 – 4000 Premier Pkwy, St. Peters, MO 63376

## Nevada

#LAS1 – 12300 Bermuda Rd, Henderson, NV 89044

#LAS2 – 3837 Bay Lake Trail Suite 115, North Las Vegas, NV 89030

#LAS6 – 4550 Nexus Way, North Las Vegas, NV 89115

#LAS7 – 6001 E. Tropical Pkwy, North Las Vegas, NV 89115

#RNO4 – 8000 N Virginia St, Reno, NV 89506

#RNO3 – 555 Milan Dr, Sparks, NV 89434

## New Hampshire

#BOS1 – 10 State St Nashua, NH 03063

## New Jersey

#EWR6/EWR7 – 275 Omar Ave, Avenel, NJ 07001

#ACY2 – 1101 E. Pearl St, Burlington, NJ 08016

#EWR9 & #LGA6 – 8003 Industrial Ave. Carteret, NJ 07008

#LGA7 – 380 Middlesex Ave, Carteret, NJ 07008

#TEB6 – 22 Hightstown-Cranbury Station Rd, Cranbury, NJ 08512

#LGA9 – 2170 State Route 27, Edison, NJ 08817

#TEB3 – 2651 Oldmans Creek Rd, Logan Township, NJ 08085

#EWR1 –  50 New Canton Way Robbinsville, NJ 08691

#EWR4 – 50 New Canton Way, Robbinsville, NJ 08691

#EWR8 – 698 Route 46 West, Teterboro, NJ 07608

#ACY1 – 240 Mantua Grove Rd, West Deptford, NJ 08066

## New York

#BUF5– 4201 Walden Ave, Lancaster, NY 14086

#SYR1 – 7211 Morgan Rd, Liverpool, NY 13090

#JFK8/DYY6 – 546 Gulf Ave, Staten Island, NY 10314

## North Carolina

#CLT4 – 8000 Tuckaseegee Rd, Charlotte, NC 28214

#CLT9 – 3620 Reeves Ridge Dr, Charlotte, NC 28214

#CLT3 –  6500 Davidson Hwy 2532, Concord, NC 28027

#CTL5 – 1745 Derita Rd, Concord, NC 28027

#RDU5 – 1805 TW Alexander Dr, Durham, NC 27703

#RDU1 – 4851 Jones Sausage Rd, Garner, NC 27529

#GSO1 – 1656 Snow Bridge Ln, Kernersville, NC 27284

## Ohio

#AKC1 – 2450 Romig Rd, Akron, OH 44320

#CMH1 – 11903 National Rd SW, Etna, OH 43062

#CLE3 – 1155 Babbitt Rd, Euclid, OH 44132

#CMH6/HCM1 – 3538 TradePort Ct, Building 2, Lockbourne, OH 43137

#CMH3 – 700 Gateway Blvd, Monroe, OH 45050

#CLE2 – 21500 Emery Rd, North Randall, OH 44128

#CMH2 – 6050 Gateway Ct, Obetz, OH 43125

#POH1 – 3880 Groveport Rd, Obetz, OH 43207

#CLE5 – 8685 Independence Pkwy, Twinsburg, OH 44087

#CMH4 – 1550 W Main St, West Jefferson, OH 43162

## Oklahoma

#OKC1 – 9201 S. Portland Ave, Oklahoma City, OK 73159

#DOK1 – 4401C E Hefner Rd, Oklahoma City, OK 73131

#OKC5 – 1414 S Council Rd, Oklahoma City, OK 73179

#TUL2 – 11920 E 43rd St N, Tulsa, OK 74116

## Oregon

#PDX5 – 5647 NE Huffman St, Hillsboro, OR 97124

#PDX6/HPD1 – 15000 N Lombard St, Multnomah, Portland, OR 97203

#PDX7 – 4775 Depot Ct SE, Salem, OR 97317

#PDX9 – 1250 NW Swigert Way, Troutdale, OR 97060

## Pennsylvania

#ABE1/ABE2 – 705 Boulder Dr, Breinigsville, PA 18031

#ABE3 – 650 Boulder Dr, Breinigsville, PA 18031

#MDT1 – 2 Ames Dr, Carlisle, PA 17015

#PHL4 – 21 Roadway Dr, Carlisle, PA 17015

#PHL6 – 675 Allen Rd, Carlisle, PA 17015

#XUSC – 40 Logistics Dr, Carlisle, PA 17013

#ABE4 – 1610 Van Buren Rd, Easton, PA 18045

#AVP2/AVP3 – 298 1st Ave, Gouldsboro, PA 18424

#ABE5 – 6455 Allentown Blvd, Harrisburg, PA 17112

#AVP1 – 550 Oak Ridge Rd, Hazleton, PA 18202

#PIT2 – 1200 Westport Rd, Imperial, PA 15126

#PHL5 – 500 McCarthy Dr, Lewisberry, PA 17339

#PPA1 – 545 Oak Hill Rd, Mountaintop, PA 18707

#PIT5 – 2250 Roswell Dr, Pittsburgh, PA 15205

#AVP6 – 1 Commerce Rd, Pittston, PA 18640

#AVP8 – 250 Enterprise Way, Pittston, PA 18640

#DPP1 – 501 North Dr, Sewickley, PA 15143

## South Carolina

#GSP1 – 402 John Dodd Rd, Spartanburg, SC 29303

#CAE1 – 4400 12th St Extension, West Columbia, SC 29172

## Tennessee

#CHA1 – 7200 Discovery Dr Chattanooga, TN 37421 – Hamilton County

#CHA2 – 225 Infinity Dr NW, Charleston, TN 37310 – Bradley County

#BNA1 – 14840 Central Pike, Lebanon, TN 37090 – Wilson County

#BNA2 – 500 Duke Dr, Lebanon, TN 37090 – Wilson County

#MEM5 – 5155 Citation Dr, Memphis, TN 38118

#BNA3 – 2020 Joe B Jackson Pkwy, Murfreesboro, TN 37127

#BNA5 – 50 Airways Blvd, Nashville, TN 37217

#STN1 – 10 Dell Pkwy, Nashville, TN 37217

#DNA1 – 2813 Brick Church Pike, Nashville, TN 37207

## Texas

#STX2 – 1625 Hutton Dr, Carrollton, TX 75006

#DFW6 – 940 W Bethel Rd Coppell, TX 75019

#FTW2/HDA1 – 2701 W Bethel Rd, Coppell, TX

#FTW6 – 2601 W Bethel Rd, Grapevine (Coppell), TX 75261

#FTW7/FTW9 – 944 W. Sandy Lake Rd, Coppell, TX 75019

#DDA8 – 8901 Forney Rd, Dallas, TX 75227

#DFW1 & DFW8 – 2700 Regent Blvd, Dallas, TX 75261

#DAL3 – 1301 Chalk Hill Rd, Dallas, TX 75211

#FTW8 – 3351 Balmorhea Dr. Dallas, TX 75241

#IAH1 – 9155 Southlink Dr, Dallas, TX 75241

#DFW7 – 700 Westport Pkwy, Fort Worth, TX 76177

#FTW3/FTW4 – 15201 Heritage Pkwy, Fort Worth, TX 76177

#XUSB – 14900 Frye Rd, Fort Worth, TX 76155

#DDA2 – 3838 W Miller Rd, Garland, TX 75041

#HOU2 – 10550 Ella St, Houston, TX 77038

#DAL2 – 2601 S Airfield Dr, Irving, TX 75038

#HOU3 – 31819 Highway Blvd, Katy, TX 77493

#PTX1 – 2101 Danieldale Rd, Lancaster, TX 75134

#SAT2 – 1401 E McCarty Ln, San Marcos, TX 78666

#SAT1 – 6000 Enterprise Ave, Schertz, TX 78154

#DAL9 – 1400 Southport Pkwy, Wilmer, TX 75172

## Utah

Case 2:23-cv-01975-JHC   Document 25-10   Filed 05/10/23   Page 22 of 34

#SLC1 – 777 N 5600 W, Salt Lake City, UT 8411

#SLC2 – 6802 W Old Bingham Hwy, West Jordan, UT 84081

#SLC3/HSL1 – 355 N John Glenn Rd, Salt Lake City, UT 84116

#SLC4 – 770 South Gladiola, Suite 500, Salt Lake City, UT 84104

## Virginia

#RIC5 – 11600 N Lakeridge Pkwy, Ashland, VA 23005

#RIC2 – 1901 Meadowville Technology Pkwy Chester, VA 23836

#BWI4 – 165 Business Blvd, Clear Brook, VA  22624

#RIC1 – 5000 Commerce Way, Petersburg, VA 23803

#KRB2 – 7000 Hardware Dr, Prince George, VA 23875

#RIC3/#HRC1 – 4949 Commerce Rd, Richmond, VA 23234

#HDC1 – 6885 Commercial Dr, Springfield, VA 22151

#BWI1 – 45121 Global Plaza, Sterling, VA 20166

#DDC4 – 44301 Mercure Cir, Sterling, VA 20166

## Washington

#DSE4 – 6611 Associated Blvd, Everett, WA 98203

#BFI3 – 2700 Center Dr, Dupont, WA 98327

#BFI4 – 21005 64th St, Kent, WA 98032

#BFI5 – 20526 59th Pl S, Kent, WA 98032

#BFI6 – 20202 84th Ave S, Kent, WA 98032

#SEA6/#SEA8 – 1227 124th Ave, Northeast Bellevue, WA, 98005

#PWA1 – 2309 Milwaukee Way, Tacoma, WA 98421

#BFI8 – 20529 24th Ave S, SeaTac, WA 98198

#GEG1 – 10010 W Geiger Blvd, Spokane, WA 99224

#BFI1 – 1800 140th Ave E, Sumner, WA 98390

#DES7 – Sumner, WA 98390

#BFI7 – 1901 140th Ave E, Sumner, WA 98390

## Wisconsin

#MKE1 – 3501 120th Ave. Kenosha, WI, 53144

#DML1 – 3935 W Mitchell St, Milwaukee, WI 53215

#MKE2 – 9700 South 13th St, Oak Creek, Wisconsin 53154 – Milwaukee County

# Amazon Fulfillment Center Locations in Canada

#YVR2 – 450 Derwent Pl, Delta, British Columbia V3M 5Y9

#YVR4 – 4189 Salish Sea Way, Tsawwassen (Delta), British Columbia V4M 0B9

#YVR2 – 450 Derwent Pl, Delta, British Columbia V3M 5Y9

#YYZ1 – 6363 Millcreek Drive, Mississauga, Ontario L5N 1L8

#YYZ2 – 2750 Peddie Rd, Milton, Ontario L9T 6Y9

#YYZ3 – 7995 Winston Churchill Blvd, Brampton, Ontario L6Y 0B2

#YYZ4/#YYZ6 – 8050 Heritage Rd, Brampton, Ontario L6Y 0C9

#YYZ7 – 12724 Coleraine Dr, Caledon (Bolton), Ontario L7E 4L8

#PRTO – 6110 Cantay Rd, Mississauga, Ontario L5R 3W

#YOW1 – 5225 Boundary Road, Ottawa, Ontario, K4N 1P6

#YYZ9 – 900 Passmore Ave, Scarborough, ON M1X 0A1

#YUL2 – 3000 Rue Louis A Amos, Lachine, QC H8T 3P8

# Amazon Fulfillment Center Locations in the UK

#LTN1 – Marston Gate Fulfillment Centre, MK43 0ZA Ridgmont, Bedfordshire, UK

#XUKK – Kuehne & Nagel, Merlin Park II, Wood Lane, B249QJ Birmingham, UK

#XUKA – Aston Lane North, Whitehouse Industrial Estate, WA7 3BN Runcorn, Cheshire, UK

#BHX2 – Robson Way, LE67 1GQ Ellistown, Coalville, UK

#XUKD – Unit A Daventry Distribution Centre, Royal Oak Way North, NN11 8LR Daventry, UK

#LBA1 – Unit 1, Balby Carr Bank, DN4 5JS Balby, Doncaster, UK

#LBA3 – Unit 3, Water Vole Way, DN4 5JP Balby, Doncaster, UK

#LBA2 – Unit 1, Iport Avenue, DN11 0BG New Rossington, Doncaster, UK

#EDI4 – Amazon Way, KY11 8XT Dunfermline, UK

#LTN4 – Unit DC1 (Prologis) Boscombe Road, LU5 4FE Dunstable, UK

#LTN2 – Boundary Way, HP2 7LF Hemel Hempstead, Hertfordshire, UK

#GLA1 – 2 Cloch Road, Faulds Park, PA19 1BQ Gourock, Inverclyde, UK

#LCY1 – Unit B Prologis Park, Twelvetrees Crescent, E3 3JG London, UK

#MAN1 – 6 Sunbank Lane, Airport City, M90 5AA Altrincham, Manchester, UK

#BHX3 – Amazon UK Services Ltd, Royal Oak Way North, NN118QL Daventry, Northamptonshire, UK

#EUK5 – Goods In, Phase Two, Kingston Park, Flaxley Road, PE2 9EN Peterborough, UK

#BHX1 – Towers Business Park, Power Station Road, WS15 1NZ Rugeley, Staffordshire, UK

#CWL1 – Ffordd Amazon, SA1 8QX, Crymlyn Burrows, Swansea, UK

#LCY2 – Amazon Distribution Depot, Unit 2, London Distribution Park, Windrush Road, RM18 7AN Tilbury, UK

#MAN2 – Omega Plot 7c, Orion Boulevard, WA5 3XA Great Sankey, Warrington, UK

#XUKC – Yusen Logistics UK Vendorflex, Rutherford Drive, Park Farm South, NN8 6AQ Wellingborough, UK

#BHX4 – Plot 1, Lyons Park, Coundon Wedge Drive, CV5 9FA Coventry, UK

# Amazon Fulfillment Center Locations in Europe

## Czech Republic

#PRG1 – Amazon Logistic Prague s.r.o, U Trati 216, 25261 Dobrovíz, CZ

#PRG2 – K Amazonu 245, 25261 Dobrovíz, CZ

## France

#XFRE – 91-135 Rue du Brisson, 38290 Satolas-et-Bonce, Auvergne-Rhône-Alpes

#LYS1 – Distripôle Chalon, ZAC du Parc d'Activité du Val de Bourgogne,2 Tue Amazon Sevrey, 71100 Saône-et-Loire, Burgundy

#XFRG – ZAC Moulin, 101 Le Chemin de Poupry, 45410 Artenay, Centre-Val de Loire

#MRS1 – Building 2, Rue Joseph Garde, ZAC, Les Portes de Provence, 26200 Montélimar, Drôme

#BVA1 – 7 Rue des Indes Noirs, 80440 Boves, Somme, Hauts-de-france

#XFRF – Avenue Louis Renault, ZAC du Val Bréon, Bâtiment 3, 77610 Châtres, Île-de-France

#XFRH – 900 Rue Denis Papin, 77550 Moissy-Cramayel, Île-de-France

#ORY1 – Pôle 45, 1401 Rue du Champ Rouge, 45770 Saran, Loiret

#LIL1 – Parc logistique de Lauwin-Planque 1, Rue Amazon Douai, 59553 Lauwin-Planque, Norde-Pas-de-Calais

## Germany

#FRA1 – Amazon Logistik GmbH, Am Schloß Eichhof 1, 36251 Bad Hersfeld

#FRA3 – Amazon Logistik GmbH, Amazonstraße 1 / Obere Kühnbach, 36251 Bad Hersfeld

#BER6 – Amazon Logistik AF München GmbH, Am Borsigturm 100, 13507 Berlin

#BER3 – Amazon Brieselang GmbH, Havellandstr. 5, 14656 Brieselang

#DTM2 – Amazon Logistik Dortmund GmbH, Kaltband Straße 4, 44145 Dortmund

#XDEU – DHL Solutions GmbH, Barentsstrasse 24, 53881 Euskirchen

#MUC3 – Amazon Distribution GmbH, Amazonstrasse 1 Zeppelinstrasse 2, 86836 Graben

#CGN1 – Amazon Koblenz GmbH, Amazonstrasse 1 / Industriepark A61, 56330 Kobern-Gondorf

#LEJ1 – Amazon Distribution GmbH, Amazonstrasse1, 04347 Leipzig

#LEJ2 – Amazon Distribution GmbH, Imaging Operations, Friedrichshafner Straße 72a, 04357 Leipzig

#XDES – Hermes Fulfilment GmbH Standort Löhne, Schillenbrink 6, 32584 Löhne

#XDET – Geodis Malsfeld NS 3PL, Bornwise 1, 34323 Mansfeld

#XDEB – DHL Logistik-Center Ludwigsau, Im Fuldatal 2, 36251 Ludwigsau OT Mecklar

#XDEI – Geodis Logistics Deutschland GmbH Niederlassung Hamburg, Bei der Lehmkuhle 2, 21629 Neu Wulmstorf-Mienenbüttel

#STR1 – Amazon Pforzheim GmbH, Amazonstraße 1 (A8 Exit 44 Pforzheim Nord direction Bretten), 75177 Pforzheim

#XDEH – Kühne + Nagel (AG & Co.) KG Betriebsstätte Rennerod, Industriegebiet Alsberg, 56477 Rennerod

#DUS2 – Amazon Fulfillment GmbH, Amazonstraße 1 / Alte Landstrasse, 47495 Rheinberg

#XDEJ – Baur Versand GmbH & Co KG, Siegfried-Lapawa-Straße 1, 96242 Sonnefeld

#EDE4 – Amazon Logistik Werne GmbH, Wahrbrink 25, 59368 Werne

#EDE5 – Amazon Logistik Werne GmbH, Wahrbrink 23, 59368 Werne

#DTM1 – Amazon Logistik Werne GmbH, Carl-Zeiss-Straße 3, 59368 Werne

#HAM2 – Amazon Logistik Winsen GmbH, Borgwardstraße 10, 21423 Winsen an der Luhe

## Italy

#XITD – Amazon XITD – Geodis Logistics, Viale Maestri del Lavoro 990, 45031 Arquà Polesine

#MXP5 – Amazon EU Sarl c/o Amazon Italia Logistica Srl, Strada Dogana Po 2U, 29015 Castel San Giovanni

#XITC – Amazon XITC – Geodis Logistics SpA, Via Aldo Moro, 4, 20080 Francolino di Carpiano

#FCO1 – Amazon Italia Logistica S.R.L., Via della Meccanica, 4, 02032 Passo Corese

#TRN1 – Amazon Italia Logistica S.R.L., Strada Provinciale per Rondissone 90, 10037 Torrazza Piemonte, Italy

MXP3 – Amazon Italia Logistica S.R.L., Via Rita Levi Montalcini, 2, 13100 Vercelli

## Poland

#KTW3 – Amazon Fulfillment, ul. Bojkowska 80, 44-141 Gliwice

#SZZ1 – Amazon Fulfillment sp. z o.o., Kolbaskowo 156, 72-001 Kolbaskowo

#POZ1 – Amazon Fulfillment, Poznanska 1d, 62-080 Sady

#KTW1 – Amazon Fulfillment sp. z o.o., Inwestycyjna 19, 41-208 Sosnowiec

#WRO1 – Amazon Fulfillment, Czekoladowa 1, 55-040 Bielany Wrocławskie

#WRO2 – Amazon Fulfillment, Logistyczna 6, 55-040 Bielany Wrocławskie

#WRO3 – Amazon Fulfillment, Czekoladowa 1, 55-040 Bielany Wrocławskie

## Spain

#BCN1 – Amazon Fulfillment, S.L., Avinguda De les Garrigues 6-8, 08820 El Prat de Llobregat, Barcelona

#BCN3 – Amazon Fulfillment, S.L, Carrer Ferro, 12, 08755 Castellbisbal, Barcelona

XESA – XPO Logistics, Avenida Río Henares, 16, 19208 Alovera, Guadalajara

XESB – Avenida Del Río Henares, 19208 Alovera, Guadalajara

MAD4 – Amazon EU Sarl C/O Amazon Fulfillment, S.L, Avenida De Astronomía, 24, 28830 San Fernando De Henares, Madrid

MAD5 – Polígono Industrial Los Gavilanes, C. Severo Ochoa, 28, 28906 Getafe, Madrid

BCN2 – Amazon Fulfillment, S.L., Carrer De La Veranda, 22, 08107 Martorelles

XESC – Kuehne & Nagel Warehouse, Amazon Deliveries, Avenida de las Puntas, 10, 43120 Constantí, Tarragona

## Related Posts







### Sizmek Ad Suite is now Amazon Ad Server

Apr 25, 2023

### Buying UPC Codes: An Amazon Seller's Guide for 2023

Apr 25, 2023

### Preparing for Prime Day 2023: The Amazon Seller's Ultimate Guide

Apr 21, 2023

## Explore Our Categories

SELECT CATEGORY ⌄

**PAID SEARCH**

**AMAZON**

**PAID SOCIAL**

**SEO**

**CRM & EMAIL**

CRO

ANALYTICS

## Recent Posts

How to Set Up a Successful B2B Marketing Strategy

What is Lemon8 & How Does It Work?

Sizmek Ad Suite is now Amazon Ad Server

Buying UPC Codes: An Amazon Seller's Guide for 2023

Preparing for Prime Day 2023: The Amazon Seller's Ultimate Guide

Amazon Fulfillment Center Locations: 2022 State List

# Stay in the know.

Get the latest digital marketing insights and trends delivered straight to your inbox.



*By submitting your Email Address, you are agreeing to all conditions of our Privacy Policy.

## About

Our Services

Our Vision

Results

## Team

Culture

Team

Careers

## Learn

Blog

Resources

Events

News

Off Mute Podcast

The Future of the Web

## Contact Us

833-846-8484

hello@tinuiti.com

**CONTACT US**

Contact Us

Copyright © 2023 Tinuiti. All Rights Reserved.  |  **Privacy Policy**  |  **Do Not Sell My Info (California)**