# EXHIBIT J

KIMKOMANDO® 420+ radio stations in the USA and on demand
Tech advice you can trust™

NEWS    HOW-TOS    SHOPPING    REVIEWS



TECHNOLOGY

# One big mistake you're making with your Amazon account

BY MARK JONES, KOMANDO.COM   •   JANUARY 1, 2023

Did you know that if you sign in to your Amazon account on a browser or app, unless you're in private or incognito mode, you'll remain signed in unless you explicitly sign out?

Like any other website, Amazon uses cookies to keep you logged in to the site even after you've closed the browser or turned off the computer or gadget. Leaving your Amazon account signed in on a friend's, or worse, a public computer, can have dire consequences.

For safety, always sign out of your Amazon account on a shared computer or gadget after use. Or better yet, always use your browser's private or incognito mode on shared computers. (Read on until the end of this article and learn how to turn this on.)

Signing out of Amazon requires a few more steps than usual because the sign-out option is hidden from plain view. As long as you know where to look, it's quick and easy.

Here's how to sign out of Amazon on your desktop, smartphone or tablet.



Top Stories

00:23                                                                                                  01:12

How to change default apps on your Android phone

## Sign out of Amazon's website on a desktop browser

1. Hover your mouse over "Accounts & Lists" on the menu near the top of the page.



2. Check the bottom of the drop-down menu, then click "Sign Out." That's it.

**Note:** Ensure your account and password are not saved on the browser. **Click here to learn how to clear it out.**



## Sign out of Amazon's website on a mobile browser

If you're on a mobile browser (on your smartphone or tablet), the steps are similar to the desktop. Here's how you sign out:

1. Tap on the three horizontal bars on the top left corner of the page to access the menu.



2. Select the profile icon in the top right-hand corner. This opens a sidebar full of options. Scroll down under Settings and select **Sign Out**.



## Sign out of the Amazon app on an iPhone or Android smartphone

First, open the Amazon app and select the three vertical lines in the lower right-hand corner.



Scroll down and select **Settings** > **Sign out**.

## Important: Using a public or shared computer? Always use private or incognito mode



Here's one trick you can use if you absolutely need to sign in to your Amazon account on a shared or public computer. Go "incognito!" **Tap or click here for six practical reasons to use incognito mode in your browser**.

Every major web browser – Chrome, Edge, Firefox, Internet Explorer, Safari and Opera – has private, or incognito, browsing.

Turning this feature on means your browser will ignore cookies and won't record your browsing history, nor will it save your account credentials. Close out the session and you will be automatically logged out of all the websites you visited.

When your browser is in private browsing mode, it will show a special icon. If you don't see the mask in Firefox, the spy in Chrome or the "InPrivate" in IE and Edge, then you aren't in incognito or private mode.

More:   **AMAZON**   **CYBERSECURITY/ONLINE SECURITY**   **INCOGNITO MODE**

**PRIVACY/ONLINE PRIVACY**