UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LI, ANITA MEDAL, individually, and on behalf of all others similarly situated., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | No. 2:23-cv-01975-JHC <br><br> **STIPULATED MOTION AND ORDER TO RE-NOTE AMAZON'S MOTION TO DISMISS AND PLAINTIFFS' MOTION TO STRIKE AND/OR FOR LEAVE TO FILE SURREPLY** <br><br> **RE-NOTE ON MOTION CALENDAR: FEBRUARY 23, 2024** |

Plaintiffs Eric Li and Anita Medal ("Plaintiffs") and Defendant Amazon.com Services LLC ("Amazon") (collectively, "the Parties") respectfully submit this stipulated motion and proposed order to re-note Amazon's motion to dismiss and Plaintiffs' related motion to strike or leave to file surreply ("Surreply Motion"), and to stay other discovery-related deadlines, including the deadline to file the case management statement, pending the Court's decision on the motion to dismiss.

The action was transferred on December 19, 2023 from the United States District Court for the Northern District of California. Dkts. 43, 44, 45. In granting Amazon's motion to transfer venue, the Northern District of California did not substantively address Amazon's motion to dismiss or Plaintiffs' related Surreply Motion, other than to deny both motions without prejudice to re-filing in this Court. Dkt. 43. Please take notice that Amazon is re-noting its motion to dismiss (Dkt. 18), and Plaintiffs are re-noting their Surreply Motion (Dkt. 32) in accordance with the

Deputy Clerk's December 21, 2023 Letter (Dkt. 45) and Local Civil Rule 7(d)(3). The Parties respectfully request that the Court update the docket accordingly with the new noting date for both motions of February 23, 2024.

Previously, the Parties had stipulated to, and the Northern District of California had ordered, a stay of discovery-related deadlines pending resolution of the pending motions. Dkts. 33, 34. Specifically, the Court had ordered that the case management statement be due 14 days from when the Court decides the pending motions, and an initial case management conference would be held 21 days after the Court decides the pending motions. Dkt. 34. The Parties jointly request that this stay be continued pending resolution of the motions. A proposed order is attached.

STIPULATED MOTION AND ORDER TO RE-NOTE AMAZON'S MOTION TO DISMISS AND PLAINTIFFS' SURREPLY MOTION - 2

Dated: January 26, 2024

| **PERKINS COIE LLP** | **ALLEN HANSEN MAYBROWN & OFFENBECHER / JUST FOOD LAW PLLC_ / KUZYK LAW, LLP** |
|---|---|
| By: *s/ Charles C. Sipos*<br>    Charles C. Sipos<br>    Julie L. Hussey<br>    Jasmine W. Wetherell<br>    Ellie F. Chapman<br><br>Attorneys from Defendant<br>Amazon.com Services LLC | By: *s/ Maia C. Kats*<br>    Maia C. Kats<br>    Michael Braun<br>    Todd Maybrown<br><br>Attorneys from Plaintiffs |

### **LCR 7(e) Certification**

I certify that this memorandum contains 282 words, in compliance with the Local Civil Rules.

*s/ Charles C. Sipos*
Charles C. Sipos

**ORDER**

IT IS SO ORDERED.

DATED this 26th day of January, 2024.

_John H. Chun_
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO RE-NOTE AMAZON'S MOTION TO DISMISS AND PLAINTIFFS' SURREPLY MOTION - 4