UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LI, ANITA MEDAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br>                Defendant. | CASE NO. 2:23-cv-01975-JHC<br><br>ORDER |

Before the Court is Plaintiffs' Motion to Strike Portion of Defendant's Motion to Dismiss Complaint, or Alternatively, for Leave to File a Surreply.  Dkt. # 32.  The Court has considered the motion, the balance of the file, and the governing law.  Being fully advised, the Court GRANTS the motion and GRANTS Plaintiff leave to file a surreply by September 16, 2024.

Dated this 5th day of September, 2024.

John H. Chun
United States District Judge

ORDER - 1