UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LI, ANITA MEDAL, individually, and on behalf of all others similarly situated., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | No. 2:23-cv-01975-JHC <br><br> STIPULATED MOTION TO EXTEND AMAZON'S DEADLINE TO ANSWER & ORDER |

    Plaintiffs Eric Li and Anita Medal ("Plaintiffs") and Defendant Amazon.com Services LLC ("Amazon") (collectively, "the Parties") respectfully submit this stipulated motion and proposed order to extend by one week Amazon's deadline to answer Plaintiffs' Complaint.

    September 27, 2024, this Court granted in part and denied in part Amazon's Motion to Dismiss (Dkt. No. 58). Plaintiffs were granted permission to, at their choosing, amend the Complaint as to the dismissal their product liability claims on or before October 31, 2024. Plaintiffs did not amend and Amazon's resulting deadline to answer is November 14. At Defendant's request, Counsel for the parties conferred and agreed to a one-week extension of time for Amazon to file its answer to the Complaint, with a resulting deadline of November 21, 2024. The Parties therefore respectfully request that the Court enter the attached Order extending the deadline to November 21, accordingly. Amazon has sought no prior extension of a deadline and it is requested to accommodate the schedules of Amazon's counsel. A proposed order is attached.

STIPULATED MOTION RE: ANSWER & ORDER

Dated: November 13, 2024

| | |
|---|---|
| **PERKINS COIE LLP** | **ALLEN HANSEN MAYBROWN & OFFENBECHER / JUST FOOD LAW PLLC_ / KUZYK LAW, LLP** |
| By: *s/ Charles C. Sipos*<br>　　Charles C. Sipos<br>　　Julie L. Hussey<br>　　Jasmine W. Wetherell<br>　　Ellie F. Chapman<br><br>Attorneys from Defendant<br>Amazon.com Services LLC | By: */s/ Maia C. Kats*<br>　　Maia C. Kats<br>　　Michael Braun<br>　　Todd Maybrown<br><br>Attorneys from Plaintiffs |

### **LCR 7(e) Certification**

　　I certify that this memorandum contains 168 words, in compliance with the Local Civil Rules.

　　　　　　　　　　　　　　　　s/ Charles C. Sipos
　　　　　　　　　　　　　　　　Charles C. Sipos

STIPULATED MOTION RE: ANSWER & ORDER

**ORDER**

IT IS SO ORDERED.

DATED this 13th day of November, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION RE: ANSWER & ORDER