UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LI, et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>AMAZON.COM SERVICES LLC,<br><br>              Defendant. | CASE NO. C23-1975JHC<br><br>RULE 16(b) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

| | |
|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | *June 1, 2025* |
| Deadline for Plaintiffs to file motion for class certification | *July 1, 2025* |
| Deadline for response to motion for class certification | *August 1, 2025* |
| Deadline for reply in support of motion for class certification | *August 22, 2025* |

ORDER - 1

The Court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiffs shall inform the Court immediately should Plaintiffs at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the Court" by notifying Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov. See Fed. R. Civ. P. 16(b)(3)(B)(v).

Dated this 11th day of February, 2025.

The Honorable John H. Chun
United States District Judge