THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC LI, ANITA MEDAL, individually, and on behalf of all others similarly situated., <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM SERVICES LLC, <br><br> Defendant. | No. 2:23-cv-01975-JHC <br><br> **NOTICE OF APPEARANCE FOR LAUREN J. TSUJI** |

**TO:** All Parties and Their Counsel of Record

**PLEASE TAKE NOTICE** of the appearance in this litigation of Defendant Amazon.com Services LLC, by and through the undersigned counsel. Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000
Fax: 205.359.9000

180258612.1

| | | |
|---|---|---|
| 1 | Dated: March 10, 2025 | **PERKINS COIE LLP** |
| 2 | | By: *s/ Lauren J. Tsuji* |
| 3 | | Lauren J. Tsuji, Bar No. 55839 |
| | | Perkins Coie LLP |
| 4 | | 1201 Third Avenue, Suite 4900 |
| | | Seattle, Washington 98101-3099 |
| 5 | | Telephone: +1.206.359.8000 |
| | | Facsimile: +1.206.359.9000 |
| 6 | | LTsuji@perkinscoie.com |
| 7 | | *Attorneys for Defendant Amazon.com Services LLC* |

NOTICE OF APPEARANCE

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Phone: 206.359.8000
Fax: 205.359.9000

180258612.1