**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ERIC LI, ANITA MEDAL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No. 2:23-cv-01975-JHC |

## STIPULATION AND ORDER

WHEREAS, on January 23, 2023, Plaintiff filed the complaint in the above-entitled proceeding; and

WHEREAS, on September 27, 2024, the Court entered an Order (Dkt. No. 58), granting in part and denying in part Defendant's Motion to Dismiss; and

WHEREAS, on January 21, 2025 the parties filed a Joint Status Report (Dkt. No. 69) that proposed that all amendments to pleadings be accomplished on or before May 1, 2025; and

WHEREAS, Plaintiffs propose to file the attached proposed First Amended Complaint adding plaintiffs Esther Yoo, Gayle Hayes and Antoinette Staniewicz and withdrawing plaintiff Eric Li, and further conforming the complaint to the Order of the Court dated September 27, 2024, by dismissing certain causes of action; NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned attorneys, as follows:

1.      Without waiving any defense, motion, or argument, Defendant agrees that Plaintiff may file the First Amended Complaint by March 31, 2025, subject to Court approval, or on the date of the Court's approval for filing the First Amended Complaint, whichever date is earlier.

2.    The time for Defendants to move, answer or otherwise respond to the First Amended Complaint is extended up to thirty (30) days after filing of the Amended Complaint.

3.    For purposes of calculating Plaintiffs' deadline for responses to discovery requests directed to Esther Yoo, Gayle Hayes and Antoinette Staniewicz, Plaintiffs agree to treat such requests as served as of the date they were provided to Plaintiffs' counsel, March 14, 2025.

4.    Except for matters expressly addressed herein, all of the rights of the parties are expressly preserved.

Dated: March 21, 2025

**BOIES SCHILLER FLEXNER LLP**

By:   */s/ George F. Carpinello*
George F. Carpinello
Adam R. Shaw
30 South Pearl Street, 12 Floor
Albany, NY 12207
Telephone: (518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

**JUST FOOD LAW PLLC**

By:   */s/ Maia Kats*
Maia Kats
5335 Wisconsin Avenue, NW, Ste. 440
Washington, DC 20015
Telephone: (202) 243-7910
maiakats@justfoodlaw.com

**ALLEN, HANSEN, MAYBROWN
& OFFENBECHER, P.S.**

By:   */s/ Todd Maybrown*
Todd Maybrown, Bar No. 18557
600 University Street, Ste. 320
Seattle, WA 98101
Telephone: (206) 447-9681

**PERKINS COIE**

By:   */s/ Charles C. Sipos*
Charles C. Sipos (WSBA No. 32825)
Lauren Tsuji (WSBA No. 55839)
Kyle Cole (WSBA No. 58111)
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-3983
CSipos@perkinscoie.com
LTsuji@perkinscoie.com
KCole@perkinscoie.com

*Counsel for Defendant*

Todd@ahmlawyers.com

*Counsel for Plaintiffs*

ORDER

IT IS SO ORDERED.

Dated this 23rd day of March, 2025.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE