# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANITA MEDAL, ESTHER YOO, GAYLE HAYES, and ANTOINETTE STANIEWICZ, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC, <br><br> Defendants. | Case No: 2:23-cv-01975-JHC <br><br> **ORDER** |

The Stipulated Motion to Extend Amazon's Opposition to Plaintiffs' Motion for Spoliation Sanctions and to Expand the Word Count Limit for Amazon's forthcoming Opposition to Plaintiffs' Motion for Spoliation Sanctions (Dkt. # 107) is Granted.

1. Defendant shall file its Opposition to Plaintiffs' Motion for Spoliation Sanctions (Dkt. 106) by November 12, 2025.

2. The word count limit for Defendant's Opposition to Plaintiffs' Motion for Spoliation Sanctions is expanded from 4,200 words to 5,200 words.

3. Plaintiffs shall file their Reply Brief in Support of their Motion for Spoliation Sanctions by December 2, 2025.

4. The word count limit for Plaintiffs' Reply Brief in Further Support of their Motion for Spoliation Sanctions is expanded from 2,100 to 2,600 words.

SO ORDERED.

DATED this 14th day of October, 2025.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| *Presented by*:<br>**JUST FOOD LAW PLLC**<br><br>*/s/ Maia Kats*<br>Maia Kats (*pro hac vice*)<br>5335 Wisconsin Avenue, NW, Ste. 440<br>Washington, DC 20015<br>Telephone: (202) 243-7910<br>Email: maiakats@justfoodlaw.com<br><br>*/s/ George Carpinello*<br>George Carpinello (*pro hac vice*)<br>Adam Shaw (*pro hac vice*)<br>Patrick Marris (*pro hac vice*)<br>**BOIES SCHILLER FLEXNER LLP**<br>30 South Pearl Street<br>Albany, NY 12207<br>Telephone: (518) 434-0600<br>Email: gcarpinello@bsfllp.com<br>Email: ashaw@bsfllp.com<br>Email: pmarris@bsfllp.com<br><br>*/s/ Todd Brown*<br>Todd Maybrown, Bar No. 18557<br>**ALLEN, HANSEN, MAYBROWN & OFFENBECHER**<br>600 University St, Suite 3020<br>Seattle, Washington 98101<br>Telephone: (206) 447-9681<br>Email: todd@ahmlaywers.com<br><br>*Counsel for Plaintiffs and the Proposed Class* | **PAUL, WEISS, RIFKIND,**<br>   **WHARTON & GARRISON LLP**<br><br>By */s/ Joshua Hill*<br>Joshua Hill (*pro hac vice*)<br>Ariane Rockoff-Kirk (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-5123<br>Facsimile: (212) 492-3090<br>E-mail: jhill@paulweiss.com<br>arockoff-kirk@paulweiss.com<br><br>Roberto J. Gonzalez (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Phone: (202) 223-7316<br>Facsimile: (202) 223-7420<br>Email: rgonzalez@paulweiss.com<br><br>Walt Brown (*pro hac vice*)<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105-3347<br>Phone: (628) 432-5111<br>Facsimile: (202) 204-7379<br>Email: wbrown@paulweiss.com<br><br>**PERKINS COIE LLP**<br><br>By */s/ Eric J. Weiss*<br>Eric J. Weiss, WSBA #44807<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>E-mail: eweiss@perkinscoie.com<br><br>*Attorneys for Defendant Amazon.com Services, LLC* |