# EXHIBIT 8

# REDACTED

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Joshua Hill**
**Direct Dial:** +1 628 432 5123
**Email:** jhill@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

October 15, 2025

**By Email**

Maia Kats
Just Food Law
5355 Wisconsin Avenue, NY, Ste. 440
Washington, DC 20015
maiakats@justfoodlaw.com

George Carpinello
Adam Shaw
Boies Schiller Flexner LLP
30 South Pearl Street, 12th Floor
Albany, NY 12207
gcarpinello@bsfllp.com
ashaw@bsfllp.com

Re:   *Medal, et al.* v. *Amazon.com Services, LLC* (No. 2:23-cv-01975-JHC)

Dear Counsel:

We write on behalf of Amazon.com Services, LLC ("Amazon") in furtherance of our meet-and-confer efforts regarding Amazon's Responses and Objections to Plaintiffs' Request for Production No. 2 and in connection with Plaintiffs' pending spoliation motion, which, as reflected below, is misplaced and incompatible with the parties' obligations to confer in good faith to develop a discovery plan. Accordingly, the motion should be withdrawn.

Pursuant to the parties' agreement that Amazon would provide exemplar data reflecting the content appearing on the product detail page ("PDP") for a single product, on September 12, 2025, Amazon produced responsive data for ASIN B07XGD2BNZ (Nature's Nutrition Turmeric Curcumin). Contrary to the premise of Plaintiffs' spoliation motion that this data is unusable, in fact, the data consists of underlying material that allows for the recreation of a PDP that appeared at various points between September 9, 2024, to August 28, 2025, for ASIN B07XGD2BNZ. Unfortunately, before we could even describe the straightforward steps to translate the data into a readable format, you terminated the meet-and-confer process and filed your motion prematurely.

To illustrate the point clearly and to avoid any further misunderstanding, we have prepared a demonstrative sample of the visual representation that could be recreated by Plaintiffs with the data you already have in your possession. More specifically, to create the sample PDP, we used publicly available Amazon front-end source code and standard libraries to assemble the raw data into a PDP layout and then render it in a PDF-convertible format. No Amazon proprietary code, internal tooling, or non-public resources were required to convert the data we produced into a PDF.

To be clear, Amazon does not store renderings of PDPs in the ordinary course of business. PDPs, which are dynamic and can vary from customer to customer, are not "documents" in any traditional sense. This recreation was done solely in yet another good faith effort to come to an agreement and move forward with respect to the information requested by Plaintiffs in RFP No. 2. Plaintiffs could have done the same with the materials already in their possession, and our September 12, 2025 production was expressly designed to enable this form of reconstruction.

To access the sample, please go to the following URL and use the following password:

██████████████████████████████████████
████████████████████

Password: ███████████████

In light of the sample reconstruction—created solely from the raw data in our September 12, 2025 production combined with publicly available resources—we expect that Plaintiffs will withdraw their spoliation motion. The reconstruction confirms that the information Plaintiffs claim to be spoliated is, in fact, reproducible using the data we supplied, and that no evidentiary prejudice exists.

We remain available to meet and confer promptly should you wish to discuss the reconstruction process or any related technical details. Please let us know your availability within the next three business days so that we may address any remaining questions efficiently and avoid further motion practice.

*     *     *

Plaintiffs should treat this sample as confidential. Upon the entry of a Protective Order in this matter, we expect the above sample to be fully covered by that Order.

Provision of this information and link is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that production of the enclosed materials constitutes production of otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does

not, waive the attorney-client privilege or any other protections. Amazon reserves the right to claw back any such documents.

Amazon reserves the right to modify or update this sample because it was prepared solely from the data produced to Plaintiffs to date. The absence of content in the sample PDP is not an admission that Amazon did not retain other underlying data in the ordinary course or that information did not appear on the PDP.

Sincerely,

*/s/ Joshua Hill*

Joshua Hill