# EXHIBIT 10

| | |
|---|---|
| **From:** | George Carpinello <gcarpinello@BSFLLP.com> |
| **Sent:** | Monday, November 10, 2025 9:52 AM |
| **To:** | Hill, Joshua |
| **Cc:** | Adam Shaw; Maia Kats; Brown, Walt; George Carpinello; Rockoff-Kirk, Ariane; Grace Reale |
| **Subject:** | Re: Medal et al v. Amazon Services LLC |

Josh: We have had a dozen meet and confers (and exchanged numerous communications) over the 9 months since we served our discovery on Amazon. You have admitted, finally, that Amazon has not retained the product display pages. After we filed our motion for spoliation, you sent us what you represented to be a reproduction of a sample display page. It manifestly was not. We therefore sent you a series of questions concerning your purported exemplar in a good faith attempt to provide you yet another opportunity to produce relevant discovery and to remedy the gross inadequacies in what you have produced. You declined to answer our specific questions and have failed to proffer a viable substitute for the spoliated evidence. Thus, we see no usefulness in yet another meet and confer and we see no reason to withdraw our spoliation motion.

**George F. Carpinello**
Partner

# BOIES SCHILLER FLEXNER LLP

30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

**From:** Hill, Joshua <jhill@paulweiss.com>
**Sent:** Thursday, November 6, 2025 9:29 PM
**To:** George Carpinello <gcarpinello@BSFLLP.com>
**Cc:** Adam Shaw <ashaw@BSFLLP.com>; Maia Kats <maiakats@justfoodlaw.com>; Brown, Walt <wbrown@paulweiss.com>; Rockoff-Kirk, Ariane <arockoff-kirk@paulweiss.com>
**Subject:** Re: Medal et al v. Amazon Services LLC

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

George:

We are in receipt of your October 21 letter. As an initial matter, your letter confirms that you have declined to withdraw the spoliation motion notwithstanding the demonstrative sample PDP that we provided. Second, your letter raises precisely the sort of issues that should be addressed in a meet-and-confer and highlights the fact that Plaintiffs' pending spoliation motion is premature and improper. We are not now obligated to simultaneously respond to the numerous detailed questions in your letter, while also briefing an opposition to the motion. Proceeding in this fashion is unduly burdensome, extremely inefficient, and

inappropriate.  Therefore, we again reiterate our request that you withdraw the motion.  Absent that, we are available to meet and confer with you on Thursday or Friday of next week.

Josh

**Joshua Hill** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
535 Mission Street - 24th Floor | San Francisco, CA 94105
628 432 5123 (Direct Phone) | 628 232 3090 (Direct Fax)
jhill@paulweiss.com | www.paulweiss.com

---

**From:** George Carpinello <gcarpinello@BSFLLP.com>
**Sent:** Monday, November 3, 2025 2:04:54 PM
**To:** Hill, Joshua <jhill@paulweiss.com>
**Cc:** Adam Shaw <ashaw@BSFLLP.com>; Maia Kats <maiakats@justfoodlaw.com>
**Subject:** Medal et al v. Amazon Services LLC

Josh:

On October 15, you sent us a letter enclosing a "demonstrative sample of the visual representation that could be recreated by Plaintiffs with the data you already have in your possession."  You closed your letter by stating that you remained available to meet and confer promptly and to discuss technical details.

On October 21, we sent you a letter posing several questions raised by your October 15 letter. We closed by stating that we were open to further expedited discussions to get answers to the questions posed in that letter. To date we have heard nothing.

Please let us know if you intend to have further discussions concerning what you provided to us on October 15th and our response.

Thank you.

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 12th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other

use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]