# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANITA MEDAL, ESTHER YOO, GAYLE HAYES, ANTOINETTE STANIEWICZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | CASE NO. 2:23-cv-01975-JHC<br><br>ORDER |

The Stipulated Motion to Extend Briefing Deadline (Dkt. # 121) is Granted. Plaintiffs shall file their Reply in support of their Motion for Spoliation Sanctions (Dkt. #106) by December 9, 2025. The Court DIRECTS the Clerk to renote the motion at Dkt. # 106 for December 9, 2025.

Dated this 25th day of November, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE