UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANITA MEDAL, ESTHER YOO, GAYLE HAYES, and ANTOINETTE STANIEWICZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | No. 2:23-cv-01975-JHC<br><br>**ORDER GRANTING DEFENDANT AMAZON.COM SERVICES, LLC'S UNOPPOSED MOTION TO SEAL EXHIBITS 6 AND 8 TO THE DECLARATION OF JOSHUA HILL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS** |

This matter comes before the Court on Amazon.com Services, LLC's Unopposed Motion to Seal Exhibits 6 and 8 to the Declaration of Joshua Hill in Support of Amazon's Opposition to Plaintiffs' Motion for Spoliation Sanctions (the "Motion to Seal"). Dkt. # 109. Having considered the Motion to Seal and all other papers submitted, and for good cause appearing, IT IS HEREBY ORDERED that the Motion to Seal is GRANTED. The redacted versions of Exhibits 6 and 8 to the Declaration of Joshua Hill shall remain filed in redacted form.

1
2  IT IS SO ORDERED.
3  Dated this 1st day of December, 2025.
4
5
6  _____
   JOHN H. CHUN
7  UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  ORDER GRANTING DEFENDANT AMAZON.COM
    SERVICES, LLC'S UNOPPOSED MOTION TO SEAL
28  EXHIBITS 6 AND 8 TO THE DECLARATION OF
    JOSHUA HILL IN SUPPORT OF DEFENDANT'S
    OPPOSITION TO PLAINTIFFS' MOTION FOR
    SPOLIATION SANCTIONS

ORDER GRANTING DEFENDANT AMAZON.COM SERVICES, LLC'S UNOPPOSED MOTION TO SEAL EXHIBITS 6 AND 8 TO THE DECLARATION OF JOSHUA HILL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS