THE HONORABLE JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANITA MEDAL, ESTHER YOO, GAYLE HAYES, and ANTOINETTE STANIEWICZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | No. 2:23-cv-01975-JHC<br><br>**DEFENDANT AMAZON.COM SERVICES, LLC'S NOTICE OF INTENT TO FILE A SURREPLY** |

Pursuant to Local Civil Rule 7(g), Defendant Amazon.com Services, LLC, intends to file a surreply requesting that the Court strike the Declaration of Lyle Ungar, PhD, Dkt. No. 115-6, and new arguments and all references thereto in Plaintiffs' Reply in Support of Motion for Spoliation Sanctions and supporting materials, Dkt. No. 115.

DEF.'S NOTICE OF INTENT
TO FILE A SURREPLY
(2:23-cv-01975-JHC) - 1

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-5123

| | |
|---|---|
| Dated: December 10, 2025 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br><br>By /s/ *Joshua Hill*<br>Joshua Hill (*Pro Hac Vice*)<br>Ariane Rockoff-Kirk (*Pro Hac Vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>E-mail: jhill@paulweiss.com<br>           arockoff-kirk@paulweiss.com<br><br>Roberto J. Gonzalez (*Pro Hac Vice*)<br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Phone: (202) 223-7316<br>Facsimile: (202) 223-7420<br>Email: rgonzalez@paulweiss.com<br><br>Walt Brown (*Pro Hac Vice*)<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105-3347<br>Phone: (628) 432-5111<br>Facsimile: (202) 204-7379<br>Email: wbrown@paulweiss.com<br><br>**PERKINS COIE LLP**<br><br>By /s/ *Eric Weiss*<br>Eric J. Weiss, WSBA No. 44807<br>Juliana L. Bennington, WSBA No. 60357<br>1301 Second Avenue, Suite 4200<br>Seattle, WA 98101-3804<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>E-mail: EWeiss@perkinscoie.com<br>E-mail: JBennington@perkinscoie.com<br><br>*Attorneys for Defendant Amazon.com Services, LLC* |

DEF.'S NOTICE OF INTENT
TO FILE A SURREPLY
(2:23-cv-01975-JHC) - 2

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000