Representing Name

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ANITA MEDAL, ESTHER YOO, GAYLE HAYES, and ANTOINETTE STANIEWICZ individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>            Defendant. | No. 2:23-cv-01975-JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE AN AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

THIS MATTER comes before the Court on the Stipulated Motion of Defendant Amazon.com Services, LLC ("Amazon"), and Plaintiffs Anita Medal, Esther Yoo, Gayle Hayes, and Antoinette Staniewicz (together, the "Parties"), by and through their undersigned counsel, seeking an order allowing Amazon to file an Amended Answer in response to the Plaintiffs' First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 15(b).  Dkt. # 118.  THIS COURT, having reviewed the Stipulated Motion, hereby grants the Parties' Stipulated Motion.

DATED this 23rd day of December, 2026

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Representing