THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANITA MEDAL, ESTHER YOO, GAYLE HAYES and ANTOINETTE STANIEWICZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES LLC,<br><br>Defendant. | No. 2:23-cv-01975-JHC<br><br>**DECLARATION OF CHARLES C. SIPOS IN SUPPORT OF AMAZON.COM SERVICES LLC'S MOTION FOR ORDER TO SHOW CAUSE**<br><br>NOTE ON MOTION CALENDAR: FEBRUARY 17, 2026 |

DECLARATION OF CHARLES C. SIPOS
(No. 2:23-cv-01975-JHC)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

I, Charles C. Sipos, declare the following:

1. I am an attorney in good standing, licensed before all courts in the State of Washington. I am a Partner at Perkins Coie LLP and an attorney of record in this proceeding for Defendant Amazon.com Services, LLC.

2. The facts stated in this declaration are based on my own personal knowledge. If called upon to attest to the facts stated in this declaration under oath, I could and would do so competently.

3. On January 21, 2026, Plaintiffs filed their Opposition to Amazon's Motion for a Stay ("Opposition"), Dkt. No. 122. The Opposition asserts that the language "juxtaposed with the information" is contained in 21 U.S.C. § 343(r)(6)(D). Opp. at 2. That language appeared unfamiliar so I conducted initial research in the form of a review of 21 U.S.C. § 343 in Westlaw. This language was not present in that Section. Similarly, I noted that § 343(r)(6) contains no subsection D.

4. Attached hereto as **Exhibit A** is a true and correct copy of a full excerpt of § 343(r)(6), reflecting that this portion of the statute contains no subsection D, nor is the phrase "juxtaposed with that information" contained there.

5. I subsequently conducted additional research to determine whether the phrase "juxtaposed with the information" appeared elsewhere in the United States Code, such that its usage in the Opposition was the product of miscitation. I performed a Boolean search in Westlaw for the term, "juxtaposed with the information," and it returned no hits. I performed the same search in the Code of Federal Regulations and it likewise returned no hits.

6. As a further confirmatory exercise, the same searches referred to in Paragraph 5, above, were performed in Lexis Nexis at my direction and also returned no hits.

7. Attached hereto as **Exhibit B** is a true and correct copy of an article that appeared on Law 360 on September 24, 2025, titled "Boies Schiller Partner Admits AI Errors In Scientology Case."

DECLARATION OF CHARLES C. SIPOS
(No. 2:23-cv-01975-JHC) - 1

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

8. Attached hereto as **Exhibit C** is a true and correct copy of a September 19, 2025, declaration submitted by a partner with the Boies Schiller Flexner LLP firm in the California Court of Appeals, Second District, in the matter entitled *Bixler, et. al v. Church of Scientology, et al.*, App. No. B339009, in which the firm represented Plaintiffs-Respondents. The declaration was submitted in support of a motion for leave to file a corrected brief.

9. Attached here to as **Exhibit D** is a true and correct copy of November 21, 2025, Order from the California Court of Appeals in the matter referred to in Paragraph 8, above, denying the motion for leave to file a corrected brief.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed: January 27, 2026                    By: /s/ *Charles C. Sipos*

DECLARATION OF CHARLES C. SIPOS
(No. 2:23-cv-01975-JHC) – 2

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000