# EXHIBIT A

**(D)** A subparagraph (1)(B) claim made with respect to a dietary supplement of vitamins, minerals, herbs, or other similar nutritional substances shall not be subject to subparagraph (3) but shall be subject to a procedure and standard, respecting the validity of such claim, established by regulation of the Secretary.

**(6)** For purposes of paragraph (r)(1)(B), a statement for a dietary supplement may be made if--

**(A)** the statement claims a benefit related to a classical nutrient deficiency disease and discloses the prevalence of such disease in the United States, describes the role of a nutrient or dietary ingredient intended to affect the structure or function in humans, characterizes the documented mechanism by which a nutrient or dietary ingredient acts to maintain such structure or function, or describes general well-being from consumption of a nutrient or dietary ingredient,

**(B)** the manufacturer of the dietary supplement has substantiation that such statement is truthful and not misleading, and

**(C)** the statement contains, prominently displayed and in boldface type, the following: "This statement has not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.".

A statement under this subparagraph may not claim to diagnose, mitigate, treat, cure, or prevent a specific disease or class of diseases. If the manufacturer of a dietary supplement proposes to make a statement described in the first sentence of this subparagraph in the labeling of the dietary supplement, the manufacturer shall notify the Secretary no later than 30 days after the first marketing of the dietary supplement with such statement that such a statement is being made.

**(7)** The Secretary may make proposed regulations issued under this paragraph effective upon publication pending consideration of public comment and publication of a final regulation if the Secretary determines that such action is necessary--

**(A)** to enable the Secretary to review and act promptly on petitions the Secretary determines provide for information necessary to--

**(i)** enable consumers to develop and maintain healthy dietary practices;

**(ii)** enable consumers to be informed promptly and effectively of important new knowledge regarding nutritional and health benefits of food; or

**(iii)** ensure that scientifically sound nutritional and health information is provided to consumers as soon as possible; or

**(B)** to enable the Secretary to act promptly to ban or modify a claim under this paragraph.

Such proposed regulations shall be deemed final agency action for purposes of judicial review.

**(s) Dietary supplements**