# EXHIBIT B



Portfolio Media. Inc. | 230 Park Avenue, 7th Floor | New York, NY 10169 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Boies Schiller Partner Admits AI Errors In Scientology Case

By **Dorothy Atkins**

Law360 (September 24, 2025, 10:48 PM EDT) -- A Boies Schiller Flexner LLP partner representing women who allege the Church of Scientology harassed them for reporting convicted actor Daniel Masterson's sexual assaults has asked a California appeals court to strike a brief containing artificial intelligence-generated citation errors, saying he "very much regrets" the errors, but they shouldn't impact his clients' case.

In a six-page, Sept. 19 motion, John J. Kucera of Boies Schiller asked a three-judge panel to strike the July 30 brief in its entirety after opposing counsel identified citation and attribution errors in it. Kucera also asked the court for permission to file a corrected brief so that his clients aren't prejudiced by their counsel's oversight.

In a declaration attached to the motion, Kucera said he is the "sole firm partner" responsible for overseeing and supervising the preparation and filing of the response brief at issue, and with his clients' consent, the firm had used artificial intelligence tools to prepare it.

Kucera noted that Boies Schiller has adopted policies and training to protect against the risks of using AI, and the firm's lawyers are expected to "scrupulously proofread and cite check the accuracy of the factual and legal claims in court filings."

"Notwithstanding these controls, the filed response brief included material citation errors, including those identified in appellants' reply brief," Kucera wrote. "As the attorney and partner in charge of the filed response brief, I am embarrassed by and very much regret these errors."

Kucera took responsibility for the oversight and didn't name any associates who worked on the brief. He added that Boies Schiller is investigating why its controls failed to ensure appropriate corrective action was taken.

According to the declaration, counsel for the defendants plan to oppose the motion, although on Wednesday, no opposition brief had been filed in the docket.

A Boies Schiller representative and counsel for the Church of Scientology declined to comment Wednesday.

The filing is the latest development in a lawsuit that Chrissie Carnell Bixler, Cedric Bixler-Zavala, Marie Bobette Riales and two Jane Does initially filed in Los Angeles County Superior Court in August 2019 against the Church of Scientology Celebrity Centre International, the Church of Scientology International, the Religious Technology Center and church member Masterson, who was convicted of multiple counts of forcible rape of certain plaintiffs in May 2023.

In the suit, the women allege they were raped by Masterson and reported the alleged assaults to the church and the police after they left the religion. At that point they were declared "suppressive persons" by the church, and a "fair game" campaign was initiated against them, which included stalking, threats and killing their pets, the suit alleges.

The plaintiffs allege they became the targets of a "relentless campaign of harassment, surveillance, threats and defamation" by the Scientology community after they reported Masterson's sexual assaults to law enforcement. Masterson is best known for his role as Steven Hyde in "That '70s Show."

The defendants sought to strike certain allegations under California's anti-Strategic Lawsuits Against

Public Participation statute, arguing the alleged conduct is protected speech.

But in March 2024, Los Angeles County Superior Court Judge Upinder S. Kalra denied the anti-SLAPP motion, applying the California Supreme Court's "functional relationship" test **articulated** in FilmOn.com Inc. v. DoubleVerify Inc ., and the defendants quickly appealed the ruling.

The defendants filed their opening brief in May and the plaintiffs filed their response brief in late July. But earlier this month, in a reply brief, the defendants drew the court's attention to "a series of troubling citation errors" in the response brief that "bear many of the hallmarks of AI-generated case citations."

The defendants argued the erroneous citations mischaracterize holdings and refer to cases on unrelated areas of law. Some cases are mistitled, making it difficult to determine what cases plaintiffs are intending to cite, the defendants said. In one instance, the plaintiffs cite a completely made-up case, they said.

Although the defendants did not take a position on additional remedies, they noted that it cost them time identifying the errors and "added considerably" to the attorney fees incurred on appeal. "At a minimum, this court should disregard these sections of plaintiffs' brief and find the arguments plaintiffs make forfeited."

The defendants additionally cited recent district court case law — Mavy v. Commissioner of Social Security Administration in **Arizona**, Johnson v. Dunn in **Alabama** and Mata v. Avianca Inc. in **New York** — in which counsel have faced monetary sanctions, been referred to bar associations or been disqualified for filing briefs with AI-generated citation errors.

As of Wednesday, a hearing on the appeal had not yet been set by the appellate court.

This isn't the first time the high-profile case has made its way to the appellate court.

In 2022, a three-judge panel **nixed** the lower court's order compelling arbitration of claims by former members of the Church of Scientology, finding that the church can't impose its rules on people who have left the religion.

The plaintiffs are represented by John J. Kucera, Alison Lynn Anderson and Maxwell Vaughn Pritt of Boies Schiller Flexner LLP.

The Church of Scientology International and the Church of Scientology Celebrity Centre International are represented by Jeffrey L. Steinfeld of Winston & Strawn LLP and Jeremy B. Rosen and Jasjaap S. Sidhu of Horvitz & Levy LLP.

Masterson is represented by Andrew Brad Brettler and Jake Anthony Camara of Berk Brettler LLP.

The case is Chrissie Carnell Bixler et al. v. Church of Scientology International et al., case number B339009, in the Court of Appeal of the State of California, Second Appellate District.

--Editing by Janice Carter Brown.

All Content © 2003-2026, Portfolio Media, Inc.