# EXHIBIT C

Case 2:23-cv-01975-JHC   Document 125-3   Filed 01/27/26   Page 1 of 4

## **DECLARATION OF JOHN J. KUCERA**

I, John J. Kucera, declare under penalty of law that the following is true and correct:

1.     I am an attorney who is duly licensed to practice law in the State of California. I am a partner at Boies Schiller Flexner LLP (the "Firm"), counsel for Respondents in this action. I am fully competent and qualified in all respects to make this declaration. The facts stated herein are true and correct, and unless otherwise qualified, are within my personal knowledge.

2.     I submit this declaration in support of Respondents' Motion for Leave to File a Corrected Response Brief.

3.     Counsel for Appellants have indicated that they oppose this Motion.

4.     I was and am the sole Firm partner with responsibility for overseeing the preparation and filing of the Filed Response Brief in this action. Under my direction, and with consent of the individual Respondents, the preparation of the Filed Response Brief included the use of artificial intelligence tools. The Firm is committed to the responsible use of artificial intelligence and has adopted policies and implemented trainings intended to protect against the risks of the improper use of artificial intelligence. Independent of the use of artificial intelligence tools, Firm lawyers are always expected to scrupulously proofread and cite check the accuracy of the factual and legal claims in court filings.

5.     Notwithstanding these controls, the Filed Response Brief included material citation errors, including those identified in Appellants' Reply Brief. As the attorney and partner in charge

Document received by the CA 2nd District Court of Appeal.

of the Filed Response Brief, I am embarrassed by and very much regret these errors. The Firm is undertaking an investigation to determine why its controls failed and to ensure appropriate corrective action is taken. However, as the supervising attorney ultimately responsible for signing and submitting the Filed Response Brief, I bear the responsibility for failing to personally verify the citations included in the brief.

6. The individual Respondents have been informed of the errors in the Filed Response Brief, and I have explained that the errors in the Filed Response Brief are due to my failure to verify and that I am responsible. None of the individual Respondents previously were aware of the errors included in the Filed Response Brief.

7. Now, in order to correct the errors in the Filed Response Brief and to avoid misinforming the Court, Respondents file the instant Motion seeking an Order striking the Filed Response Brief pursuant to California Rule of Court 8.204(e)(2)(B) and permitting the filing of a Corrected Response Brief. Accompanying this Motion is a proposed Corrected Response Brief that is ready for immediate filing should the Court grant the Motion.

8. The edits in the Corrected Response Brief do not affect any of the facts in the Filed Response Brief. However, the Corrected Response Brief does include edits that have been implemented in order to correct errors identified in the Filed Response Brief. The goal of the edits included in the Corrected Response Brief is to provide corrected and accurate authority in

Document received by the CA 2nd District Court of Appeal.

support of the propositions and arguments advanced by the Filed Response Brief, but to avoid substantive changes to those propositions and arguments.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed September 19, 2025

    /s/ John J. Kucera

Document received by the CA 2nd District Court of Appeal.