# EXHIBIT D

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| CHRISSIE CARNELL BIXLER et al., | B339009 |
| Plaintiffs and Respondents, | (Los Angeles County Super. Ct. No. 19STCV29458) |
| v. | |
| CHURCH OF SCIENTOLOGY INTERNATIONAL et al., | **ORDER** |
| Defendants and Appellants. | |

COURT OF APPEAL – SECOND DIST.
FILED
Nov 21, 2025
EVA McCLINTOCK, Clerk
kdominguez   Deputy Clerk

The Motion for Leave to File a Corrected Response Brief, filed by Plaintiffs-Respondents on September 19, 2025, is denied.

The Application for Leave to File Association of Southern California Defense Counsel's Amicus Curiae Letter Opposing Respondents' Motion file Replacement Response Brief, filed on November 4, 2024, is denied.

_____
Carl H. Moor
Acting Presiding Justice