1

2

3

4

5

6

7

The Honorable John H. Chun

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANITA MEDAL, ESTHER YOO, GAYLE HAYES, ANTOINETTE STANIEWICZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM SERVICES, LLC,

Defendant.

Case No. 2:23-cv-01975-JHC

**PLAINTIFFS' MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT AMAZON.COM SERVICES, LLC'S MOTION FOR AN ORDER TO SHOW CAUSE**

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, Albany NY 12207
518 434 0600

1    Plaintiffs, through their counsel, submit this Memorandum in Response to Defendant

2    Amazon.com Services LLC's ("Amazon") Motion for an Order to Show Cause filed on January 27,

3    2026. Dkt. No. 124.

4    Plaintiffs' counsel acknowledge that the Memorandum of Law filed on January 21, 2026 (Dkt.

5    No. 122) contains certain miscitations and misquotations of the applicable statue, 21 U.S.C. § 343 of

6    the Dietary Supplement Health and Education Act ("DSHEA"), including citation to a non-existent

7    subsection of that statute.  We apologize for this error, which obviously was entirely on counsels' part,

8    and in which Plaintiffs themselves, and Local Counsel at Allen, Hansen, Maybrown & Offenbecher,

9    are blameless.[1]  We take this opportunity to explain to the Court how the error occurred and what steps

10   counsel has taken to avoid such errors—in the course of doing so, we believe that we have provided

11   all of the information requested in Amazon's motion. We are of course available to answer any other

12   questions the Court may have.

13   The memorandum of law went through several drafts involving counsel from both Boies

14   Schiller Flexner LLP ("Boies Schiller") and Just Food Law PLLC ("JFL").  On or about January 12,

15   2026, Ms. Kats of JFL used AI in connection with a draft of the memorandum that she circulated to

16   co-counsel at Boies Schiller.  The AI-generated error occurred in this draft.  Counsel from Boies

17   Schiller and JFL continued assiduously to rework and edit the draft, but no one caught the error.  At

18   no point in the drafting process did attorneys from Boies Schiller use AI for drafting or research.

19   However, Ms. Kats notified that she used AI in the draft.

20   Boies Schiller was responsible for the cite-check of the memorandum.  As best we are able to

21   determine, the cite-check properly ensured the accuracy of all case law citations, but the lawyer

22   responsible for conducting the cite check failed to verify the statutory quotations and citations, which

23   would have revealed that the cited subsection did not exist.  This was obviously a failure of process

24

25   [1] Consistent with his firm's responsibilities under Local Rule 83.1, attorney Todd Maybrown
     thoroughly reviewed a draft version the Memorandum of Law before it was completed for filing.  But
26   Mr. Maybrown was never advised that Plaintiffs' counsel had relied on AI tools during the drafting
     process, and Mr. Maybrown was not asked to review any of the legal citations.  Rather, Mr. Maybrown
27   had been assured that Plaintiffs' counsel would complete that task once all final edits had been
     approved.
28

PLAINTIFFS' MOL IN RESPONSE TO DEFENDANT'S
MOTION FOR AN ORDER TO SHOW CAUSE
CASE NO.: 2:23-CV-01975-JHC — 1

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, Albany NY 12207
518 434 0600

1    and inconsistent with Boies Schiller's professional standards and expectations for every submission

2    to a Court—AI or no AI.

3         Amazon's Motion correctly observes that, in an appeal pending in California state court, Boies

4    Schiller acknowledged that it submitted a brief with hallucinated citations introduced by AI tools.

5    Boies Schiller is committed to the responsible use of AI and—both before and especially after that

6    incident—has adopted policies and implemented trainings to protect against the risks of the improper

7    use of AI.  Independent of the use of AI tools, Boies Schiller lawyers have always been expected to

8    scrupulously proofread and cite check the factual and legal claims in court filings.  The Firm adopted

9    formal AI usage policies in 2024 that required, among other things, Firm lawyers to critically evaluate

10   and independently verify any AI-generated content or suggestions, while emphasizing that in all

11   instances Firm lawyers were fully responsible for the accuracy of all work product, regardless of AI

12   assistance.  The Firm has regularly reminded employees of these policies, including multiple times in

13   Fall 2025.  There have also been regular presentations and trainings that address the benefits and risks

14   of AI usage, including hallucinations, and the obligation of Firm lawyers to take steps to address those

15   risks in their practice. Firm leadership continues to evaluate Boies Schiller attorneys' performance as

16   it relates to these and related policies in order to make any necessary adjustments.

17        Finally, in these circumstances, Plaintiffs respectfully request that the Court accept for filing

18   the attached corrected memorandum, clean and relined version of which are attached as Exhibits A

19   and B.

20

21   Dated:  January 30, 2026

                                          Respectfully Submitted,
22
                                          **JUST FOOD LAW PLLC**
23
                                          */s/ Maia Kats*_____
24                                        Maia Kats (*pro hac vice*)
                                          5335 Wisconsin Avenue, NW, Ste. 440
25                                        Washington, DC 20015
                                          Telephone: (202) 243-7910
26                                        Email: maiakats@justfoodlaw.com

27
                                          *I certify that this memorandum contains 674*
28                                        *words, in compliance with the Local Civil Rules.*

PLAINTIFFS' MOL IN RESPONSE TO DEFENDANT'S
MOTION FOR AN ORDER TO SHOW CAUSE
CASE NO. 2:23-CV-01975-JHC — 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ George F. Carpinello*

George Carpinello (*pro hac vice*)
Adam Shaw (*pro hac vice*)
Patrick Marris (*pro hac vice*)
**BOIES SCHILLER FLEXNER LLP**
30 South Pearl Street
Albany, NY 12207
Telephone: (518) 434-0600
Email: gcarpinello@bsfllp.com
Email: ashaw@bsfllp.com
Email: pmarris@bsfllp.com

*/s/ Todd Maybrown*

Todd Maybrown, Bar No. 18557
**ALLEN, HANSEN, MAYBROWN & OFFENBECHER**
600 University St, Suite 3020
Seattle, Washington 98101
Telephone: (206) 447-9681
Email: todd@ahmlaywers.com

*Counsel for Plaintiffs and the Proposed Class*

---

PLAINTIFFS' MOL IN RESPONSE TO DEFENDANT'S
MOTION FOR AN ORDER TO SHOW CAUSE
CASE NO. 2:23-CV-01975-JHC — 3

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, Albany NY 12207
518 434 0600