1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  ANITA MEDAL, ESTHER YOO, GAYLE
   HAYES and ANTOINETTE STANIEWICZ,
   individually, and on behalf of all others similarly
10 situated,

11                              Plaintiffs,

12     v.

13 AMAZON.COM SERVICES LLC,

14                              Defendant.

No. 2:23-cv-01975-JHC

**ORDER GRANTING
AMAZON.COM SERVICES LLC'S
MOTION FOR ORDER TO SHOW
CAUSE**

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING AMAZON'S MOTION FOR
ORDER TO SHOW CAUSE - 1
(No. 2:23-cv-01975-JHC)

1    Having considered Defendant Amazon.com Services LLC's Motion for Order to Show

2  Cause, Dkt. # 124, and all papers filed in support of and in opposition thereto, the Court

3  GRANTS the Motion and ORDERS Plaintiffs' counsel to explain: (1) each signatory's role in

4  the use of the "juxtaposed" language and accompanying false citation in Plaintiffs' Opposition to

5  Defendant's Motion to Stay (Dkt. No. 122) ("Opposition"); (2) whether and how the drafting or

6  research for the Opposition was aided by the use of generative AI; and (3) what verification

7  mechanisms were in place for use of generative AI.  This explanation must be filed on or before

8  March 18, 2026.

9    **IT IS SO ORDERED.**

10    DATED this 4th day of March, 2026.

11

12

13                                              _____
                                               JOHN H. CHUN
14                                             UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING AMAZON'S MOTION FOR
ORDER TO SHOW CAUSE - 2
(No. 2:23-cv-01975-JHC)