The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANITA MEDAL, ESTHER YOO, GAYLE HAYES, ANTOINETTE STANIEWICZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | CASE NO. 2:23-cv-01975-JHC<br><br>**DECLARATION OF GEORGE F. CARPINELLO IN SUPPORT OF LCR 37 JOINT SUBMISSION RE DISPUTES CONCERNING THE PROTECTIVE ORDER AND ESI PROTOCOL** |

I, GEORGE F. CARPINELLO, declare as follows:

1.      I am a partner with the law firm Boies Schiller Flexner LLP, attorneys of record in this action for Anita Medal, Esther Yoo, Gayle Hayes, and Antoinette Staniewicz, and on behalf of all others similarly situated.

2.      I am a member in good standing of the Bar of the State of New York, and I am admitted to practice before this Court *pro hac vice*.

3.      I have personal knowledge of the matters set forth in this declaration, and if called on to do so, I would testify competently to them.

4.      I make this declaration in support of the LCR 37 Joint Submission Re Disputes Concerning the Protective Order and ESI Protocol.

5.      Attached hereto as **Exhibit A** is Plaintiffs' Proposed Protective Order, which is derived from the Protective Order entered by the Court in *FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC,[1] along with a redline of Plaintiffs' Proposed Protective Order against the Court's Model Stipulated Protective Order.

6.      Attached hereto as **Exhibit B** is Defendant Amazon.com Services, LLC's Proposed Protective Order, provided to counsel for Plaintiffs by counsel for Amazon on April 17, 2026, along with a redline of Amazon's Proposed Protective Order against the Court's Model Stipulated Protective Order.

7.      Attached hereto as **Exhibit C** is a redline showing the additions and deletions in Plaintiffs' Proposed Protective Order as compared to Amazon's Proposed Protective Order.

8.      Attached hereto as **Exhibit D** is Plaintiffs' Proposed ESI Protocol, along with a redline of Plaintiffs' Proposed ESI Protocol against the Court's Model Agreement re: Discovery of Electronically Stored Information.

9.      Attached hereto as **Exhibit E** is Amazon's Proposed ESI Protocol, provided to counsel for Plaintiffs by counsel for Amazon on April 17, 2026, along with a redline of Amazon's Proposed

---

[1] *See* Dkt. #256 (Order Regarding Discovery of Electronically Stored Information), *FTC v. Amazon.com, Inc.*, No. 2:23-cv-01495-JHC (W.D. Wash. June 11, 2024).

DECLARATION OF GEORGE F. CARPINELLO
CASE NO. 2:23-CV-01975-JHC – 1

BOIES SCHILLER FLEXNER LLP
30 South Pearl Street, Albany NY 12207
518 434 0600

ESI Protocol against the Court's Model Agreement re: Discovery of Electronically Stored Information.

10.    Attached hereto as **Exhibit F** is a redline showing the additions and deletions in Plaintiffs' Proposed ESI Protocol as compared to Amazon's Proposed ESI Protocol.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of April, 2026 in Albany, New York.

*/s/ George F. Carpinello*
George F. Carpinello