**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

ANITA MEDAL, ESTHER YOO, GAYLE HAYES, and ANTOINETTE STANIEWICZ, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM SERVICES, LLC,

Defendant.

Case No. 2:23-cv-01975-JHC

**NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL CIVIL RULE 83.2(B)**

**TO COURT AND COUNSEL OF RECORD:**

Pursuant to Local Civil Rule 83.2(b)(3), Patrick Marris hereby withdraws as counsel in the above-entitled action. Mr. Marris is no longer at Boies Schiller Flexner LLP and thus his signature was unable to be obtained for this Notice. Plaintiff remains represented by the attorneys of record listed below whose signatures confirm this fact.

Dated: September 28, 2026

**BOIES SCHILLER FLEXNER LLP**

By: */s/ George F. Carpinello*

George F. Carpinello
Adam R. Shaw
30 South Pearl Street, 12 Floor
Albany, NY 12207
Telephone: (518) 434-0600
gcarpinello@bsfllp.com
ashaw@bsfllp.com

**JUST FOOD LAW PLLC**

By: */s/ Maia Kats*

Maia Kats
5335 Wisconsin Avenue, NW, Ste. 440
Washington, DC 20015
Telephone: (202) 243-7910
maiakats@justfoodlaw.com

**ALLEN, HANSEN, MAYBROWN & OFFENBECHER, P.S.**

By: */s/ Todd Maybrown*

Todd Maybrown, Bar No. 18557
600 University Street, Ste. 320
Seattle, WA 98101
Telephone: (206) 447-9681
Todd@ahmlawyers.com

*Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I certify under penalty of perjury that on September 28, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

*<u>/s/ George F. Carpinello</u>*
George F. Carpinello